

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 8, 2023

The Honorable Sarah Netburn
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Yiyi Chen, a/k/a "Chiron," et al.*, 21 Mag. 3863

Dear Judge Netburn:

      The Government writes to respectfully request that the complaint in the above-referenced case be unsealed in light of the arrest of certain of the defendants and their need to be presented in another district under Rule 5 of the Federal Rules of Criminal Procedure. A proposed order to that effect is attached.

                                          Respectfully submitted,

                                          DAMIAN WILLIAMS
                                          United States Attorney

By:    _____
                                          Alexander Li
                                          Kevin Sullivan
                                          Assistant United States Attorneys
                                          (212) 637-2265 / (347) 271-0355

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------- X

UNITED STATES OF AMERICA   :

       - v. -   :

YIYI CHEN, a/k/a "Chiron,"   :
QINGZHOU WANG, a/k/a "Bruce," and   :
FNU LNU, a/k/a "Er Yang," a/k/a "Anita,"   :

       Defendants.   :

----------------------------------- X

UNSEALING ORDER

23 MAG 3863

    Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorneys Alexander Li and Kevin Sullivan;

    WHEREAS the complaint for defendants YIYI CHEN, a/k/a "Chiron," QINGZHOU WANG, a/k/a "Bruce," and FNU LNU, a/k/a "Er Yang," a/k/a "Anita" in the above-captioned case is currently sealed; and

    WHEREAS the United States Attorney's Office has applied to have the complaint unsealed in light of the arrest of certain of the defendants and their need to be presented in another district under Rule 5 of the Federal Rules of Criminal Procedure; it is hereby

    ORDERED that the complaint in this matter be unsealed for the reasons described in the preceding paragraph.

Dated:     New York, New York
            June 8, 2023

_____
HONORABLE SARAH NETBURN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK