# KIRTON LAW FIRM

Marlon G. Kirton, Esq.

Nassau County:
175 Fulton Avenue, Suite 305
Hempstead, New York 11550
Tel. # (516) 833-5617
Fax # (516) 833-5620

July 11, 2023

VIA ELECTRONIC FILING

Hon. Paul G. Gardephe
United States District Court
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

Re: *U.S. v. YiYi Chen, 23 cr. 302 (PGG)*

Dear Judge Gardephe:

    I represent YiYi Chen in the above-referenced matter. This Court scheduled a continued bail hearing for July 11, 2023. I request an adjournment of the hearing to the afternoon of July 20, 2023.

    The Court presided over a bail hearing on June 28, 2023. The bail hearing was adjourned at the parties' request to July 12, 2023. The parties submitted letter motions in support of their respective positions last week.

    I woke up with medical complications and cannot make tomorrow's appearance.[1] Before the hearing, I plan to visit my client at the Metropolitan Detention Center (MDC). The Government does not object to my request.

    Please contact me if you have any questions or concerns.

Sincerely,

Marlon Kirton
Marlon G. Kirton, Esq.

---

[1] I have significant swelling in my right eye.

**MEMO ENDORSED**

The bail hearing is adjourned from July 12, 2023 to July 20, 2023 at 3:00 p.m.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.
Dated: July 11, 2023

1

cc: Alexander (Zander) Li, Assistant United States Attorney (via electronic mail)
    Kevin Sullivan, Assistant United States Attorney (via electronic mail)

Case 1:23-cr-00302-PGG   Document 24   Filed 07/11/23   Page 2 of 2