UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>HUMBEI AMARVEL BIOTECH CO., LTD., QINGZHOU WANG, YIYI CHEN, and FNU LNU,<br><br>Defendants. | **ORDER**<br><br>23 Cr. 302 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

      For the reasons stated in open court today, Defendant Yiyi Chen will remain detained pending trial.

Dated: New York, New York
       July 20, 2023

                            SO ORDERED.

                            _____
                            Paul G. Gardephe
                            United States District Judge