UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

HUMBEI AMARVEL BIOTECH CO., LTD., QINGZHOU WANG, YIYI CHEN, and FNU LNU,

Defendants.

**ORDER**

23 Cr. 302 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

      A conference in this matter will take place on **October 24, 2023, at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York.

      As stated at today's conference, Marne Lenox is terminated as counsel for Defendant Qingzhou Wang.

Dated: New York, New York
       August 24, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge