UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S.A, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.   1:23-cr-00302-PGG-3 |
| ) | |
| YIYI CHEN ) | |
| ) | |
| **Defendant.** ) | |

**NOTICE TO CORRECT ATTORNEY DESIGNATION TYPE FOR
APPEARANCE OF COUNSEL [DKT. NO. 33]**

To:   The clerk of court and all parties of record

I electronically filed Appearance of Counsel [Dkt. No. 33] on September 5, 2023, to appear in this case as counsel for Defendant YIYI CHEN with the incorrect Attorney Designation Type: Retained.

The correct Attorney Designation Type for my appearance is CJA Appointment.

I hereby respectfully request this honorable court to correct the Attorney Designation Type to CJA Appointment for Appearance of Counsel [Dkt. No. 33].

                                                              Respectfully submitted,

                                                              /s/ Shaoming Cheng
                                                              By: Shaoming Cheng
                                                              VA Bar # 80218
                                                              Cheng Yun Law PLLC
                                                              6088 Franconia Road Ste C
                                                              Alexandria, VA 22310
                                                              Tel: (703) 887-6786
                                                              Fax: (888) 510-6158
                                                              Email: jcheng@chengyunlaw.com

Dated: September 6, 2023