AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| U.S.A. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:23-cr-00302-PGG-3 |
| YIYI CHEN | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, YIYI CHEN                                                                                                                 .

Date:     09/06/2023

/s/ Shaoming Cheng
*Attorney's signature*

SHAOMING CHENG, Registration No. 5527700
*Printed name and bar number*

Cheng Yun Law PLLC
6088 Franconia Road Suite D
Alexandria, VA 22310

*Address*

jcheng@chengyunlaw.com
*E-mail address*

(703) 887-6786
*Telephone number*

(888) 510-6158
*FAX number*