UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>HUMBEI AMARVEL BIOTECH CO., LTD., QINGZHOU WANG, YIYI CHEN, and FNU LNU,<br><br>Defendants. | **ORDER**<br><br>23 Cr. 302 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

As discussed at today's conference, the parties will submit a joint letter by **October 31, 2023**, addressing whether appropriate resources at the Metropolitan Detention Center have been made available to Defendant Chen to permit her review of the discovery materials.

The next conference in this case will take place on **January 9, 2024, at 12:30 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
October 24, 2023

SO ORDERED.

*Paul S. Gardephe*
Paul G. Gardephe
United States District Judge