## ARSHACK, HAJEK & LEHRMAN, PLLC

5 COLUMBUS CIRCLE
SUITE 710
NEW YORK, NEW YORK 10019

TEL: 212-582-6500
CELL: 917-806-0700 (Preferred)
FAX: 212-459-0568

EMAIL: DAN@lawAHL.com

April 29, 2024

Re: United States v. Wang, et al., 23 Cr. 302 (PGG)

By ECF
The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Dear Judge Gardephe:

We are counsel to Qingzhou Wang in the above captioned case.

I spoke with your chambers this morning about the necessity for Mr. Wang's counsel to withdraw and to ask that CJA counsel be appointed for him. Mr. Wang supports this application. I was instructed to file this letter motion and will provide a brief explanation of the need for this relief in a sealed filing, which I will email and have hand delivered to your chambers.

I conferred with AUSA Kevin Sullivan this past Friday about the need for this motion.

I am available at the Court's convenience (except May 7) to appear for this purpose.

Respectfully,

*[signature]*

Daniel N. Arshack

/s/
Daniel Olmos

/s/
Ting Wu
Counsel to Qingzhou Wang

CC:    AUSA Alexander Nuo Li (by ECF)
         AUSA Kevin T. Sullivan (by ECF)
         Marlon G. Kirton, Esq. (by ECF)