UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                                      **ORDER**

        -against-                       23 Cr. 302 (PGG)

HUBEI AMARVEL BIOTECH, LTD., et. al.,

                                Defendants.

------------------------------------------------------------------- x

       Upon the application of defendant, QINGZHOU WANG, through his counsel Leonardo Aldridge, Esq., and upon all previous proceedings, it is apparent that defendant QINGZHOU WANG is financially unable to pay the expense of retaining the services of an Associate Counsel; it is hereby:

       ORDERED that pursuant to 18 U.S.C. 3006(A) (the Criminal Justice Act), David Mou, Esq., is appointed in the above-captioned action as a Mentee Associate Counsel, pursuant to the Southern District of New York's Criminal Justice Act Mentoring Program, to assist in the representation of defendant, QINGZHOU WANG. As such, David Mou, Esq., will be compensated in accordance with the Criminal Justice Act at the rate of $103.00 per hour after providing 15 *pro bono* hours of service in the case.

Dated:    New York, New York
             July 24, 2024

                                                      _____
                                                        THE HONORABLE PAUL G. GARDEPHE
                                                       United States District Judge