UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- against -<br><br>HUBEI AMARVEL BIOTECH CO., LTD.,<br>QINGZHOU WANG, and YIYI CHEN,<br><br>Defendants. | **ORDER**<br><br>23 Cr. 302 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

      As stated at today's conference, all pre-trial motions are due by **August 26, 2024.**

The Government's opposition is due by **September 26, 2024**.  Reply briefs, if any, are due by **October 7, 2024**.

      Trial is scheduled for **January 13, 2025, at 9:30 a.m.**, in Courtroom 705, United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
          July 25, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge