UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------

UNITED STATES OF AMERICA,

                                                          23 cr. 302 (PGG)
                                                          MEDICAL ORDER

    -against-


YIYI CHEN,


   Defendant.

---------------------------------------------------------

Based upon the letter submitted by Defense Counsel dated July 27, 2024:

      IT IS HEREBY ORDERED that the Bureau of Prisons (BOP) provide medical examination and treatment for nosebleeds and headaches for defendant YIYI CHEN, Registration Number 10748-506.

      SO ORDERED.

DATED:    August 1, 2024
               New York, New York

                                                          _____
                                                          HON. PAUL G. GARDEPHE
                                                          United States District Judge