UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>YIYI CHEN,<br>    a/k/a "Chiron,"<br><br>                              Defendant. | ████████ Order<br><br>23 Cr. 302 (PGG) |

WHEREAS, the Court and the parties seek to ensure that defendant Yiyi Chen, a/k/a "Chiron" has meaningful access to review discovery and other case materials while detained at the Metropolitan Detention Center, in Brooklyn, New York ("MDC"); and

WHEREAS, the Court seeks to ensure that such discovery access does not jeopardize the security and operational interests of the MDC Brooklyn;

IT IS HEREBY ORDERED that:

1. Ms. Chen may have access to an "air-gapped" laptop computer (the "Laptop") that is disabled from accessing the Internet, local area networks, or other electronic devices;

2. Upon receipt of an acceptable laptop computer from counsel for Ms. Chen, the Government shall (a) ensure that the laptop is appropriately "air gapped" and compatible with the MDC Brooklyn's security requirements; (b) load the laptop with the non-sensitive discovery in this case; and (c) deliver the laptop to the proper authorities at the MDC Brooklyn at a reasonable time deemed appropriate;

3. The Laptop shall be password-protected and maintained in a location acceptable to Bureau of Prisons personnel;

4. Bureau of Prisons personnel will provide Ms. Chen with regular access to the Laptop from Monday through Friday, if requested;

5.      This Order remains in effect until the trial in this matter is completed and a copy of this Order shall be made available to the Unit Team/Floor where Ms. Chen is housed;

6.      Ms. Chen shall execute an agreement setting forth her understanding that she may use the Laptop for the sole purpose of reviewing discovery and legal materials that relate to her criminal case, that she shall not share the Laptop or the materials loaded onto the Laptop with other inmates or with any attorney not appointed to this case without an order of this Court, that she will not access or attempt to access the internet or any form of wireless communication, and that she will forfeit her right under this Order to use the Laptop, and that she may expose herself to criminal prosecution for possessing or distributing a "prohibited object" as that term is defined in 18 U.S.C. § 1791(d) in the future, should she violate any of these understandings.

Dated:   New York, New York
         November 26, 2024

                                        SO ORDERED:

                                        _____
                                        HONORABLE PAUL G. GARDEPHE
                                        United States District Judge
                                        Southern District of New York