# *KIRTON LAW FIRM*

*Marlon G. Kirton, Esq.*                *Nassau County:*
                                         *175 Fulton Avenue, Suite 305*
_____                         *Hempstead, New York 11550*
                                         *Tel. # (516) 833-5617*
                                         *Fax # (516) 833-5620*

December 16, 2024

VIA ELECTRONIC FILING

Hon. Paul G. Gardephe
United States District Court
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

Re: *US v. Yiyi Chen 23 cr. 302 (PGG),*

Dear Judge Gardephe:

     I represent Yiyi Chen in the above-referenced matter. I completed and filed the Proposed Jury instructions on December 13, 2024. However, I filed the wrong set of instructions. I repeated the same error today after the Government brought it to my attention. I filed the correct document a few minutes ago. Please delete docket entries #94 and #95.

     Please contact me if you have any questions or concerns.

     Sincerely,

*Marlon Kirton*
Marlon G. Kirton, Esq.


cc: All Counsel via electronic filing

1