UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

HUBEI AMARVEL BIOTECH CO., LTD.,
QINGZHOU WANG, and YIYI CHEN,

Defendants.

**ORDER**

23 Cr. 302 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The final pretrial conference previously scheduled for January 10, 2025, at 10:00 a.m. will now take place on **January 8, 2025, at 10:00 a.m.**, in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
December 27, 2024

SO ORDERED.

Paul G. Gardephe
United States District Judge