Subpoena Info

# amarvelbio.com

# Whois Contact Info

Created: 2022-04-14

Expires: 2026-04-14

GOVERNMENT EXHIBIT
301A
23 Cr. 302 (PGG)

| Registrant | Administrative | Technical | Billing |
|---|---|---|---|
| Chiron Chen<br>Community Yuhuyihao, Chuhan Road, Wuchang district<br>Wuhan, Hubei 85014<br>CN<br>chironchen11@gmail.com<br>Phone: 13986006518 | Chiron Chen<br>Community Yuhuyihao, Chuhan Road, Wuchang district<br>Wuhan, Hubei 85014<br>CN<br>chironchen11@gmail.com<br>Phone: 13986006518 | Chiron Chen<br>Community Yuhuyihao, Chuhan Road, Wuchang district<br>Wuhan, Hubei 85014<br>CN<br>chironchen11@gmail.com<br>Phone: 13986006518 | Chiron Chen<br>Community Yuhuyihao, Chuhan Road, Wuchang district<br>Wuhan, Hubei 85014<br>CN<br>chironchen11@gmail.com<br>Phone: 13986006518 |

# Transactions

| Description | Gateway Order ID | ProcessorTxID | Method | Mode | User Agent | IP | Date |
|---|---|---|---|---|---|---|---|
| amarvelbio.com - Renewal | 306207817107470325 | | yuansfer_alipay | | Mozilla/5.0 (Windows NT 6.2; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/54.0.2840.87 Safari/537.36 | 27.18.216.68 | 2022-09-19 06:59:17 |
| amarvelbio.com - Registration | 305319438594711987 | | yuansfer_alipay | | Mozilla/5.0 (Windows NT 6.2; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/54.0.2840.87 Safari/537.36 | 27.18.216.22 | 2022-04-15 06:12:15 |



14bdo-gbl.com



# Whois Contact Info

Created: 2022-05-26

Expires: 2024-05-26

| Registrant | Administrative | Technical | Billing |
|---|---|---|---|
| Chiron Chen<br>Community Yuhuyihao, Chuhan Road, Wuchang district<br>Wuhan, Hubei 85014<br>CN<br>chironchen11@gmail.com<br>Phone: 13986006518 | Chiron Chen<br>Community Yuhuyihao, Chuhan Road, Wuchang district<br>Wuhan, Hubei 85014<br>CN<br>chironchen11@gmail.com<br>Phone: 13986006518 | Chiron Chen<br>Community Yuhuyihao, Chuhan Road, Wuchang district<br>Wuhan, Hubei 85014<br>CN<br>chironchen11@gmail.com<br>Phone: 13986006518 | Chiron Chen<br>Community Yuhuyihao, Chuhan Road, Wuchang district<br>Wuhan, Hubei 85014<br>CN<br>chironchen11@gmail.com<br>Phone: 13986006518 |

# Transactions

| Description | Gateway Order ID | ProcessorTxID | Method | Mode | User Agent | IP | Date |
|---|---|---|---|---|---|---|---|
| 14bdo-gbl.com - Renewal | 318830704036521947 | | yuansfer_alipay | | Mozilla/5.0 (Windows NT 6.2; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/54.0.2840.87 Safari/537.36 | 198.15.87.98 | 2023-05-16 09:33:54 |
| 14bdo-gbl.com - Registration | 318839205642940568 | | yuansfer_alipay | | Mozilla/5.0 (Windows NT 6.2; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/54.0.2840.87 Safari/537.36 | 171.43.160.140 | 2022-05-26 08:45:30 |



# buybmkpowder.com

## Whois Contact Info



Created: 2022-05-26

Expires: 2025-05-26

| Registrant | Administrative | Technical | Billing |
|---|---|---|---|
| Chiron Chen<br>Community Yuhuyihao, Chuhan Road, Wuchang district<br>Wuhan, Hubei 85014<br>CN<br>chironchen11@gmail.com<br>Phone: 13986006518 | Chiron Chen<br>Community Yuhuyihao, Chuhan Road, Wuchang district<br>Wuhan, Hubei 85014<br>CN<br>chironchen11@gmail.com<br>Phone: 13986006518 | Chiron Chen<br>Community Yuhuyihao, Chuhan Road, Wuchang district<br>Wuhan, Hubei 85014<br>CN<br>chironchen11@gmail.com<br>Phone: 13986006518 | Chiron Chen<br>Community Yuhuyihao, Chuhan Road, Wuchang district<br>Wuhan, Hubei 85014<br>CN<br>chironchen11@gmail.com<br>Phone: 13986006518 |

# Transactions

| Description | Gateway Order ID | ProcessorTxID | Method | Mode | User Agent | IP | Date |
|---|---|---|---|---|---|---|---|
| buybmkpowder.com - Renewal | b330081847 | b330081847 | Credit Card | | Paymentwall API | 27.102.134.128 | 2024-04-23 07:33:12 |
| buybmkpowder.com - Renewal | 318830704036521947 | | yuansfer_alipay | | Mozilla/5.0 (Windows NT 6.2; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/54.0.2840.87 Safari/537.36 | 198.15.87.98 | 2023-05-16 09:33:54 |
| buybmkpowder.com - Registration | 318839205642940568 | | yuansfer_alipay | | Mozilla/5.0 (Windows NT 6.2; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/54.0.2840.87 Safari/537.36 | 171.43.160.140 | 2022-05-26 08:45:30 |



# pmk-piperidine.com

## Whois Contact Info

Created: 2022-05-26

Expires: 2024-05-26

| Registrant | Administrative | Technical | Billing |
|---|---|---|---|
| Chiron Chen | Chiron Chen | Chiron Chen | Chiron Chen |
| Community Yuhuyihao, Chuhan Road, Wuchang district | Community Yuhuyihao, Chuhan Road, Wuchang district | Community Yuhuyihao, Chuhan Road, Wuchang district | Community Yuhuyihao, Chuhan Road, Wuchang district |
| Wuhan, Hubei 85014 | Wuhan, Hubei 85014 | Wuhan, Hubei 85014 | Wuhan, Hubei 85014 |
| CN | CN | CN | CN |

**GOVERNMENT EXHIBIT 301D** 
23 Cr. 302 (PGG)

| chironchen11@gmail.com Phone: 13986006518 | chironchen11@gmail.com Phone: 13986006518 | chironchen11@gmail.com Phone: 13986006518 | chironchen11@gmail.com Phone: 13986006518 |
|---|---|---|---|

## Transactions

| Description | Gateway Order ID | ProcessorTxID | Method | Mode | User Agent | IP | Date |
|---|---|---|---|---|---|---|---|
| pmk-piperidine.com - Renewal | 318830704036521947 | | yuansfer_alipay | | Mozilla/5.0 (Windows NT 6.2; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/54.0.2840.87 Safari/537.36 | 198.15.87.98 | 2023-05-16 09:33:54 |
| pmk-piperidine.com - Registration | 318839205642940568 | | yuansfer_alipay | | Mozilla/5.0 (Windows NT 6.2; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/54.0.2840.87 Safari/537.36 | 171.43.160.140 | 2022-05-26 08:45:30 |

**buypmk28578-16-7.com**

GOVERNMENT EXHIBIT 301E
23 Cr. 302 (PGG)

# Whois Contact Info

Created: 2022-05-26

Expires: 2024-05-26

| Registrant | Administrative | Technical | Billing |
|---|---|---|---|
| Chiron Chen<br>Community Yuhuyihao, Chuhan Road, Wuchang district<br>Wuhan, Hubei 85014<br>CN<br>chironchen11@gmail.com<br>Phone: 13986006518 | Chiron Chen<br>Community Yuhuyihao, Chuhan Road, Wuchang district<br>Wuhan, Hubei 85014<br>CN<br>chironchen11@gmail.com<br>Phone: 13986006518 | Chiron Chen<br>Community Yuhuyihao, Chuhan Road, Wuchang district<br>Wuhan, Hubei 85014<br>CN<br>chironchen11@gmail.com<br>Phone: 13986006518 | Chiron Chen<br>Community Yuhuyihao, Chuhan Road, Wuchang district<br>Wuhan, Hubei 85014<br>CN<br>chironchen11@gmail.com<br>Phone: 13986006518 |

# Transactions

| Description | Gateway Order ID | ProcessorTxID | Method | Mode | User Agent | IP | Date |
|---|---|---|---|---|---|---|---|
| buypmk28578-16-7.com - Renewal | 318830704036521947 | | yuansfer_alipay | | Mozilla/5.0 (Windows NT 6.2; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/54.0.2840.87 Safari/537.36 | 198.15.87.98 | 2023-05-16 09:33:54 |
| buypmk28578-16-7.com - Registration | 318839205642940568 | | yuansfer_alipay | | Mozilla/5.0 (Windows NT 6.2; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/54.0.2840.87 Safari/537.36 | 171.43.160.140 | 2022-05-26 08:45:30 |

# 5449-12-7.com

## Whois Contact Info

Created: 2022-05-26

Expires: 2024-05-26



| Registrant | Administrative | Technical | Billing |
|---|---|---|---|
| Chiron Chen<br>Community Yuhuyihao, Chuhan Road, Wuchang district<br>Wuhan, Hubei 85014<br>CN<br>chironchen11@gmail.com<br>Phone: 13986006518 | Chiron Chen<br>Community Yuhuyihao, Chuhan Road, Wuchang district<br>Wuhan, Hubei 85014<br>CN<br>chironchen11@gmail.com<br>Phone: 13986006518 | Chiron Chen<br>Community Yuhuyihao, Chuhan Road, Wuchang district<br>Wuhan, Hubei 85014<br>CN<br>chironchen11@gmail.com<br>Phone: 13986006518 | Chiron Chen<br>Community Yuhuyihao, Chuhan Road, Wuchang district<br>Wuhan, Hubei 85014<br>CN<br>chironchen11@gmail.com<br>Phone: 13986006518 |

# Transactions

| Description | Gateway Order ID | ProcessorTxID | Method | Mode | User Agent | IP | Date |
|---|---|---|---|---|---|---|---|
| 5449-12-7.com - Renewal | 318830704036521947 | | yuansfer_alipay | | Mozilla/5.0 (Windows NT 6.2; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/54.0.2840.87 Safari/537.36 | 198.15.87.98 | 2023-05-16 09:33:54 |
| 5449-12-7.com - Registration | 318839205642940568 | | yuansfer_alipay | | Mozilla/5.0 (Windows NT 6.2; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/54.0.2840.87 Safari/537.36 | 171.43.160.140 | 2022-05-26 08:45:30 |

# whwingroup.com

## Whois Contact Info

Created: 2021-05-10

Expires: 2026-05-10

| **Registrant** | **Administrative** | **Technical** | **Billing** |
|---|---|---|---|
| Chiron Chen | Chiron Chen | Chiron Chen | Chiron Chen |
| Community Yuhuyihao, Chuhan Road, Wuchang district | Community Yuhuyihao, Chuhan Road, Wuchang district | Community Yuhuyihao, Chuhan Road, Wuchang district | Community Yuhuyihao, Chuhan Road, Wuchang district |
| Wuhan, Hubei 85014 | Wuhan, Hubei 85014 | Wuhan, Hubei 85014 | Wuhan, Hubei 85014 |
| CN | CN | CN | CN |
| chironchen11@gmail.com | chironchen11@gmail.com | chironchen11@gmail.com | chironchen11@gmail.com |
| Phone: 13986006518 | Phone: 13986006518 | Phone: 13986006518 | Phone: 13986006518 |

**GOVERNMENT EXHIBIT 301G**
23 Cr. 302 (PGG)

# Transactions

| Description | Gateway Order ID | ProcessorTxID | Method | Mode | User Agent | IP | Date |
|---|---|---|---|---|---|---|---|
| whwingroup.com - Transfer | 301422510415072161 | | yuansfer_alipay | | Mozilla/5.0 (Windows NT 6.2; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/54.0.2840.87 Safari/537.36 | 171.43.160.75 | 2022-03-01 08:39:56 |