| | |
|---|---|
| **Service** | Facebook |
| **Internal Ticket Number** | 7901124 |
| **Target** | 100064294142846 |
| **Alternate Target IDs** | 732402737542749 |
| **Account Identifier** | Amarvelbio |
| **Account Type** | Page |
| **Generated** | 2023-06-23 20:11:54 UTC |
| **Date Range** | 2004-01-01 00:00:00 UTC to 2023-06-21 23:59:59 UTC |

**Ncmec Reports Definition**  NCMEC Cybertips: NCMEC cybertip reports associated to the account of the sender.
CyberTip ID: Unique identifier associated with the cybertip.
Time: Date and time the NCMEC cybertip was sent.
Responsible Id: Identification number of the sender's Facebook account associated with the NCMEC cybertip report.

**NCMEC CyberTip Numbers**  No responsive records located

| | | | |
|---|---|---|---|
| **Creator** | Amarvel Bio (100071254066051) | | |
| **Account Closure Date** | | **Account Still Active** | true |
| **Registered Email Addresses** | admin@amarvelbio.com | | |
| **Registration Date** | 2021-08-02 09:20:17 UTC | | |
| **Vanity Name** | amarvelbiotech | | |
| **Registered Credit Card Number** | No responsive records located | | |
| **Direct Debit** | No responsive records located | | |

| | | |
|---|---|---|
| **Logins** | **IP Address** | 14.198.27.120 |
| | **Time** | 2023-03-27 05:32:02 UTC |
| | **Location** | WWW |
| | **IP Address** | 64.42.177.150 |
| | **Time** | 2023-02-02 06:22:29 UTC |
| | **Location** | WWW |
| | **IP Address** | 2001:19f0:6001:1e28:5400:4ff:fe44:6c2c |
| | **Time** | 2023-01-31 03:02:58 UTC |
| | **Location** | WWW |
| | **IP Address** | 2001:19f0:6001:1e28:5400:4ff:fe44:6c2c |
| | **Time** | 2023-01-31 03:00:03 UTC |
| | **Location** | WWW |
| | **IP Address** | 169.197.141.210 |
| | **Time** | 2022-11-28 04:22:43 UTC |
| | **Location** | WWW |
| | **IP Address** | 139.99.170.104 |

GOVERNMENT EXHIBIT 302
23 Cr. 302 (PGG)

**Time** 2022-10-28 01:34:17 UTC
**Location** WWW

**IP Address** 209.58.163.185
**Time** 2022-05-05 03:57:09 UTC
**Location** WWW

**IP Address** 139.99.237.178
**Time** 2021-11-23 05:50:36 UTC
**Location** WWW

**IP Address** 135.125.239.19
**Time** 2021-08-22 15:34:36 UTC
**Location** WWW

**IP Address** 139.99.199.199
**Time** 2021-08-18 10:01:05 UTC

**IP Address** 139.99.199.199
**Time** 2021-08-18 09:58:39 UTC

**IP Address** 103.254.153.158
**Time** 2021-08-17 02:39:24 UTC
**Location** WWW

**IP Address** 103.254.153.158
**Time** 2021-08-17 02:29:14 UTC
**Location** WWW

**IP Address** 103.254.153.158
**Time** 2021-08-17 02:19:08 UTC
**Location** WWW

**IP Address** 103.254.153.158
**Time** 2021-08-17 02:16:36 UTC
**Location** WWW

**IP Address** 139.99.134.151
**Time** 2021-08-16 10:31:36 UTC
**Location** WWW

**IP Address** 139.99.134.151
**Time** 2021-08-13 17:57:13 UTC

**IP Address** 139.99.199.199
**Time** 2021-08-13 16:45:23 UTC

**IP Address** 169.197.143.215
**Time** 2021-08-13 07:17:51 UTC
**Location** WWW

**IP Address** 50.7.117.3
**Time** 2021-08-10 01:39:08 UTC

**IP Address** 92.223.79.127
**Time** 2021-08-03 14:44:30 UTC

**IP Address** 50.7.117.4

|  |  |  |
|---|---|---|
|  | **Time** | 2021-08-03 05:29:54 UTC |
|  | **IP Address** | 23.105.217.217 |
|  | **Time** | 2021-08-03 05:23:41 UTC |
|  | **Location** | WWW |
|  | **IP Address** | 50.7.117.4 |
|  | **Time** | 2021-08-03 05:17:33 UTC |
|  | **Location** | WAP |
|  | **IP Address** | 23.105.217.217 |
|  | **Time** | 2021-08-03 03:16:37 UTC |
|  | **Location** | WWW |
|  | **IP Address** | 172.99.190.59 |
|  | **Time** | 2021-08-02 17:22:42 UTC |
|  | **IP Address** | 172.99.190.59 |
|  | **Time** | 2021-08-02 14:07:19 UTC |
|  | **Location** | WWW |
|  | **IP Address** | 192.240.118.2 |
|  | **Time** | 2021-08-02 09:20:20 UTC |
|  | **Location** | WWW |
| **Logouts** | **Time** | 2023-03-27 05:32:01 UTC |
|  | **Location** | WWW |
|  | **IP Address** | 14.198.27.120 |
|  | **Time** | 2022-10-28 01:34:07 UTC |
|  | **Location** | WWW |
|  | **IP Address** | 139.99.170.104 |
|  | **Time** | 2021-09-06 16:19:17 UTC |
|  | **Location** | WWW |
|  | **IP Address** | 92.223.93.170 |
|  | **Time** | 2021-08-18 14:45:54 UTC |
|  | **Location** | WWW |
|  | **IP Address** | 209.58.163.185 |
|  | **Time** | 2021-08-18 09:58:40 UTC |
|  | **Location** | WWW |
|  | **IP Address** | 139.99.199.199 |
|  | **Time** | 2021-08-17 08:57:54 UTC |
|  | **Location** | WWW |
|  | **IP Address** | 135.125.239.19 |
|  | **Time** | 2021-08-17 02:17:06 UTC |
|  | **Location** | WWW |
|  | **IP Address** | 103.254.153.158 |
|  | **Time** | 2021-08-17 02:13:58 UTC |
|  | **Location** | WWW |
|  | **IP Address** | 103.254.153.158 |
|  | **Time** | 2021-08-16 06:58:55 UTC |

|              |                          |
|--------------|--------------------------|
| **Location** | WWW                      |
| **IP Address** | 139.99.134.151         |
| **Time**     | 2021-08-16 03:29:30 UTC  |
| **Location** | WWW                      |
| **IP Address** | 92.223.79.127          |
| **Time**     | 2021-08-16 01:35:55 UTC  |
| **Location** | WWW                      |
| **IP Address** | 139.99.134.151         |
| **Time**     | 2021-08-13 17:57:14 UTC  |
| **Location** | WWW                      |
| **IP Address** | 139.99.134.151         |
| **Time**     | 2021-08-13 17:00:12 UTC  |
| **Location** | WWW                      |
| **IP Address** | 139.99.134.151         |
| **Time**     | 2021-08-13 16:45:01 UTC  |
| **Location** | WWW                      |
| **IP Address** | 139.99.199.199         |
| **Time**     | 2021-08-03 05:23:30 UTC  |
| **Location** | WWW                      |
| **IP Address** | 23.105.217.217         |
| **Time**     | 2021-08-02 09:54:06 UTC  |
| **Location** | WWW                      |
| **IP Address** | 192.240.118.2          |

**Paypal Accounts** No responsive records located

**Phone Numbers** +8613297909263 Cell Verified on 2021-08-09 08:31:04 UTC

**Registration Ip** 192.240.118.2

**Vanity Definition** Vanity: Username associated with the account.

**Vanity Name** AmarvelBio

**Basic Info**
- **Name** AmarvelBio
- **Url** https://facebook.com/AmarvelBio

**Creation Date** 2021-08-02 09:45:20 UTC