| Account creation time | User name | ID number | Mobile number | Email | UUID | Nationality En |
|---|---|---|---|---|---|---|
| 2022-05-20 12:14:28 | 王庆周 | '130531198802280014 | 17731181666 | 441576749@qq.com | 313558230485874290 | China |



Account name: 王庆周
Account number: ██████████ 9773
Bank name: 中国农业银行

Account name: 王庆周
Account number: ██████████ 0019
Bank name: 中国建设银行

Account name: 王庆周
Account number: ██████████ 0445
Bank name: 河北银行

Account name: 王庆周
Alipay account: ██████ 1666
QR code: ████████████████

Account name: 王庆周
WeChat account: ████████
QR code: ████████████████





User Info



GOVERNMENT EXHIBIT 304
23 Cr. 302 (PGG)

| UUID | Currency | Address | Amount | TXid | Creation time | Update time |
|---|---|---|---|---|---|---|
| 313558230485874290 | USDT | 0x8a75305ad831c0416323f9c32d251604600c952f | 4972.92561300 | 0xbfd919d253922382213fa5f5f5e70b485f4649664387c7a6a9b285ae78986209 | 2023-03-10 00:21:13 | 2023-03-10 00:40:28 |
| 313558230485874290 | USDT | 0x8a75305ad831c0416323f9c32d251604600c952f | 40934.31610600 | 0x4dff1b598874d4e1bcaf538590c8b0e1fb34a91b3841b80fbf3da71e55cedcfc | 2023-04-15 10:09:14 | 2023-04-15 10:29:23 |