**<u>Exhibit B</u>**

(Meta Certifications and Records)

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Stephanie Rosales, certify:

1. I am a duly authorized custodian of records for Meta Platforms, Inc. (hereinafter"Meta" or the "Company"), headquartered in Menlo Park, California and am qualified to certify Meta domestic records of regularly conducted activity.

2. I have reviewed the records produced by Meta in this matter in response to the Subpoena received on June 21, 2023. The records include search results for Basic Subscriber Information, IP Address Logs, Transactional Information, Other Content and records for the account with identifier 100064294142846.

3. The records provided are an exact copy of the records that were made and kept by the automated systems of Meta in the course of regularly conducted activity as a regular practice of Meta. The records were saved in electronic format after searching Meta's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Meta user.

4. I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.

Date: June 23, 2023

*Stephanie Rosales*

Stephanie Rosales
Custodian of Records

**Meta**

USAO_075860

| | |
|---|---|
| **Service** | Facebook |
| **Internal Ticket Number** | 7901124 |
| **Target** | 100064294142846 |
| **Alternate Target IDs** | 732402737542749 |
| **Account Identifier** | Amarvelbio |
| **Account Type** | Page |
| **Generated** | 2023-06-23 20:11:54 UTC |
| **Date Range** | 2004-01-01 00:00:00 UTC to 2023-06-21 23:59:59 UTC |

**Ncmec Reports Definition**  NCMEC Cybertips: NCMEC cybertip reports associated to the account of the sender.
CyberTip ID: Unique identifier associated with the cybertip.
Time: Date and time the NCMEC cybertip was sent.
Responsible Id: Identification number of the sender's Facebook account associated with the NCMEC cybertip report.

**NCMEC CyberTip Numbers**  No responsive records located

| | |
|---|---|
| **Creator** | Amarvel Bio (100071254066051) |
| **Account Closure Date** | **Account Still Active** true |
| **Registered Email Addresses** | admin@amarvelbio.com |
| **Registration Date** | 2021-08-02 09:20:17 UTC |
| **Vanity Name** | amarvelbiotech |
| **Registered Credit Card Number** | No responsive records located |
| **Direct Debit** | No responsive records located |

| **Logins** | | |
|---|---|---|
| | **IP Address** | 14.198.27.120 |
| | **Time** | 2023-03-27 05:32:02 UTC |
| | **Location** | WWW |
| | **IP Address** | 64.42.177.150 |
| | **Time** | 2023-02-02 06:22:29 UTC |
| | **Location** | WWW |
| | **IP Address** | 2001:19f0:6001:1e28:5400:4ff:fe44:6c2c |
| | **Time** | 2023-01-31 03:02:58 UTC |
| | **Location** | WWW |
| | **IP Address** | 2001:19f0:6001:1e28:5400:4ff:fe44:6c2c |
| | **Time** | 2023-01-31 03:00:03 UTC |
| | **Location** | WWW |
| | **IP Address** | 169.197.141.210 |
| | **Time** | 2022-11-28 04:22:43 UTC |
| | **Location** | WWW |
| | **IP Address** | 139.99.170.104 |

| | |
|---|---|
| **Time** | |
| | 2022-10-28 01:34:17 UTC |
| **Location** | WWW |
| **IP Address** | 209.58.163.185 |
| **Time** | 2022-05-05 03:57:09 UTC |
| **Location** | WWW |
| **IP Address** | 139.99.237.178 |
| **Time** | 2021-11-23 05:50:36 UTC |
| **Location** | WWW |
| **IP Address** | 135.125.239.19 |
| **Time** | 2021-08-22 15:34:36 UTC |
| **Location** | WWW |
| **IP Address** | 139.99.199.199 |
| **Time** | 2021-08-18 10:01:05 UTC |
| **IP Address** | 139.99.199.199 |
| **Time** | 2021-08-18 09:58:39 UTC |
| **IP Address** | 103.254.153.158 |
| **Time** | 2021-08-17 02:39:24 UTC |
| **Location** | WWW |
| **IP Address** | 103.254.153.158 |
| **Time** | 2021-08-17 02:29:14 UTC |
| **Location** | WWW |
| **IP Address** | 103.254.153.158 |
| **Time** | 2021-08-17 02:19:08 UTC |
| **Location** | WWW |
| **IP Address** | 103.254.153.158 |
| **Time** | 2021-08-17 02:16:36 UTC |
| **Location** | WWW |
| **IP Address** | 139.99.134.151 |
| **Time** | 2021-08-16 10:31:36 UTC |
| **Location** | WWW |
| **IP Address** | 139.99.134.151 |
| **Time** | 2021-08-13 17:57:13 UTC |
| **IP Address** | 139.99.199.199 |
| **Time** | 2021-08-13 16:45:23 UTC |
| **IP Address** | 169.197.143.215 |
| **Time** | 2021-08-13 07:17:51 UTC |
| **Location** | WWW |
| **IP Address** | 50.7.117.3 |
| **Time** | 2021-08-10 01:39:08 UTC |
| **IP Address** | 92.223.79.127 |
| **Time** | 2021-08-03 14:44:30 UTC |
| **IP Address** | 50.7.117.4 |

**Time**
2021-08-03 05:29:54 UTC

**IP Address** 23.105.217.217
**Time** 2021-08-03 05:23:41 UTC
**Location** WWW

**IP Address** 50.7.117.4
**Time** 2021-08-03 05:17:33 UTC
**Location** WAP

**IP Address** 23.105.217.217
**Time** 2021-08-03 03:16:37 UTC
**Location** WWW

**IP Address** 172.99.190.59
**Time** 2021-08-02 17:22:42 UTC

**IP Address** 172.99.190.59
**Time** 2021-08-02 14:07:19 UTC
**Location** WWW

**IP Address** 192.240.118.2
**Time** 2021-08-02 09:20:20 UTC
**Location** WWW

**Logouts**      **Time** 2023-03-27 05:32:01 UTC
**Location** WWW
**IP Address** 14.198.27.120

**Time** 2022-10-28 01:34:07 UTC
**Location** WWW
**IP Address** 139.99.170.104

**Time** 2021-09-06 16:19:17 UTC
**Location** WWW
**IP Address** 92.223.93.170

**Time** 2021-08-18 14:45:54 UTC
**Location** WWW
**IP Address** 209.58.163.185

**Time** 2021-08-18 09:58:40 UTC
**Location** WWW
**IP Address** 139.99.199.199

**Time** 2021-08-17 08:57:54 UTC
**Location** WWW
**IP Address** 135.125.239.19

**Time** 2021-08-17 02:17:06 UTC
**Location** WWW
**IP Address** 103.254.153.158

**Time** 2021-08-17 02:13:58 UTC
**Location** WWW
**IP Address** 103.254.153.158

**Time** 2021-08-16 06:58:55 UTC

| | |
|---|---|
| **Location** | |
| | WWW |
| **IP Address** | 139.99.134.151 |
| | |
| **Time** | 2021-08-16 03:29:30 UTC |
| **Location** | WWW |
| **IP Address** | 92.223.79.127 |
| | |
| **Time** | 2021-08-16 01:35:55 UTC |
| **Location** | WWW |
| **IP Address** | 139.99.134.151 |
| | |
| **Time** | 2021-08-13 17:57:14 UTC |
| **Location** | WWW |
| **IP Address** | 139.99.134.151 |
| | |
| **Time** | 2021-08-13 17:00:12 UTC |
| **Location** | WWW |
| **IP Address** | 139.99.134.151 |
| | |
| **Time** | 2021-08-13 16:45:01 UTC |
| **Location** | WWW |
| **IP Address** | 139.99.199.199 |
| | |
| **Time** | 2021-08-03 05:23:30 UTC |
| **Location** | WWW |
| **IP Address** | 23.105.217.217 |
| | |
| **Time** | 2021-08-02 09:54:06 UTC |
| **Location** | WWW |
| **IP Address** | 192.240.118.2 |
| | |
| **Paypal Accounts** | No responsive records located |
| **Phone Numbers** | +8613297909263 Cell Verified on 2021-08-09 08:31:04 UTC |
| **Registration Ip** | 192.240.118.2 |

| | |
|---|---|
| **Vanity Definition** | Vanity: Username associated with the account. |

| | |
|---|---|
| **Vanity Name** | AmarvelBio |

| | | |
|---|---|---|
| **Basic Info** | **Name** | AmarvelBio |
| | **Url** | https://facebook.com/AmarvelBio |

| | |
|---|---|
| **Creation Date** | 2021-08-02 09:45:20 UTC |

This page intentionally left blank.

| | |
|---|---|
| **Service** | Facebook |
| **Target** | 100064294142846 |
| **Alternate** | 732402737542749 |
| **Target IDs** | |
| **Account Identifier** | Amarvelbio |
| **Account Type** | Page |
| **Generated** | 2023-06-21 23:06:45 UTC |
| **Date Range** | 2021-06-21 00:00:00 UTC to 2023-06-21 23:59:59 UTC |

**Ncmec Reports Definition**
NCMEC Cybertips: NCMEC cybertip reports associated to the account of the sender.
CyberTip ID: Unique identifier associated with the cybertip.
Time: Date and time the NCMEC cybertip was sent.
Responsible Id: Identification number of the sender's Facebook account associated with the NCMEC cybertip report.

**NCMEC CyberTip Numbers**
No responsive records located

**Creator** Amarvel Bio (100071254066051)

| | | |
|---|---|---|
| **Account Closure Date** | **Account Still Active** | true |
| **Registered Email Addresses** | admin@amarvelbio.com | |
| **Registration Date** | 2021-08-02 09:20:17 UTC | |
| **Vanity Name** | amarvelbiotech | |
| **Registered Credit Card Number** | No responsive records located | |
| **Direct Debit** | No responsive records located | |

**Logins**

| | |
|---|---|
| **IP Address** | 14.198.27.120 |
| **Time** | 2023-03-27 05:32:02 UTC |
| **Location** | WWW |
| | |
| **IP Address** | 64.42.177.150 |
| **Time** | 2023-02-02 06:22:29 UTC |
| **Location** | WWW |
| | |
| **IP Address** | 2001:19f0:6001:1e28:5400:4ff:fe44:6c2c |
| **Time** | 2023-01-31 03:02:58 UTC |
| **Location** | WWW |
| | |
| **IP Address** | 2001:19f0:6001:1e28:5400:4ff:fe44:6c2c |
| **Time** | 2023-01-31 03:00:03 UTC |
| **Location** | WWW |
| | |
| **IP Address** | 169.197.141.210 |
| **Time** | 2022-11-28 04:22:43 UTC |
| **Location** | WWW |
| | |
| **IP Address** | 139.99.170.104 |
| **Time** | 2022-10-28 01:34:17 UTC |
| **Location** | WWW |

**IP Address**
209.58.163.185
**Time** 2022-05-05 03:57:09 UTC
**Location** WWW

**IP Address** 139.99.237.178
**Time** 2021-11-23 05:50:36 UTC
**Location** WWW

**IP Address** 135.125.239.19
**Time** 2021-08-22 15:34:36 UTC
**Location** WWW

**IP Address** 139.99.199.199
**Time** 2021-08-18 10:01:05 UTC

**IP Address** 139.99.199.199
**Time** 2021-08-18 09:58:39 UTC

**IP Address** 103.254.153.158
**Time** 2021-08-17 02:39:24 UTC
**Location** WWW

**IP Address** 103.254.153.158
**Time** 2021-08-17 02:29:14 UTC
**Location** WWW

**IP Address** 103.254.153.158
**Time** 2021-08-17 02:19:08 UTC
**Location** WWW

**IP Address** 103.254.153.158
**Time** 2021-08-17 02:16:36 UTC
**Location** WWW

**IP Address** 139.99.134.151
**Time** 2021-08-16 10:31:36 UTC
**Location** WWW

**IP Address** 139.99.134.151
**Time** 2021-08-13 17:57:13 UTC

**IP Address** 139.99.199.199
**Time** 2021-08-13 16:45:23 UTC

**IP Address** 169.197.143.215
**Time** 2021-08-13 07:17:51 UTC
**Location** WWW

**IP Address** 50.7.117.3
**Time** 2021-08-10 01:39:08 UTC

**IP Address** 92.223.79.127
**Time** 2021-08-03 14:44:30 UTC

**IP Address** 50.7.117.4
**Time** 2021-08-03 05:29:54 UTC

**IP Address** 23.105.217.217

**Time**
            2021-08-03 05:23:41 UTC
**Location** WWW

**IP Address** 50.7.117.4
**Time** 2021-08-03 05:17:33 UTC
**Location** WAP

**IP Address** 23.105.217.217
**Time** 2021-08-03 03:16:37 UTC
**Location** WWW

**IP Address** 172.99.190.59
**Time** 2021-08-02 17:22:42 UTC

**IP Address** 172.99.190.59
**Time** 2021-08-02 14:07:19 UTC
**Location** WWW

**IP Address** 192.240.118.2
**Time** 2021-08-02 09:20:20 UTC
**Location** WWW

**Logouts**     **Time** 2023-03-27 05:32:01 UTC
**Location** WWW
**IP Address** 14.198.27.120

        **Time** 2022-10-28 01:34:07 UTC
**Location** WWW
**IP Address** 139.99.170.104

        **Time** 2021-09-06 16:19:17 UTC
**Location** WWW
**IP Address** 92.223.93.170

        **Time** 2021-08-18 14:45:54 UTC
**Location** WWW
**IP Address** 209.58.163.185

        **Time** 2021-08-18 09:58:40 UTC
**Location** WWW
**IP Address** 139.99.199.199

        **Time** 2021-08-17 08:57:54 UTC
**Location** WWW
**IP Address** 135.125.239.19

        **Time** 2021-08-17 02:17:06 UTC
**Location** WWW
**IP Address** 103.254.153.158

        **Time** 2021-08-17 02:13:58 UTC
**Location** WWW
**IP Address** 103.254.153.158

        **Time** 2021-08-16 06:58:55 UTC
**Location** WWW
**IP Address** 139.99.134.151

|  |  |
|---|---|
| **Time** | |
| | 2021-08-16 03:29:30 UTC |
| **Location** | WWW |
| **IP Address** | 92.223.79.127 |
| | |
| **Time** | 2021-08-16 01:35:55 UTC |
| **Location** | WWW |
| **IP Address** | 139.99.134.151 |
| | |
| **Time** | 2021-08-13 17:57:14 UTC |
| **Location** | WWW |
| **IP Address** | 139.99.134.151 |
| | |
| **Time** | 2021-08-13 17:00:12 UTC |
| **Location** | WWW |
| **IP Address** | 139.99.134.151 |
| | |
| **Time** | 2021-08-13 16:45:01 UTC |
| **Location** | WWW |
| **IP Address** | 139.99.199.199 |
| | |
| **Time** | 2021-08-03 05:23:30 UTC |
| **Location** | WWW |
| **IP Address** | 23.105.217.217 |
| | |
| **Time** | 2021-08-02 09:54:06 UTC |
| **Location** | WWW |
| **IP Address** | 192.240.118.2 |

| | |
|---|---|
| **Paypal Accounts** | No responsive records located |
| **Phone Numbers** | +8613297909263 Cell Verified on 2021-08-09 08:31:04 UTC |
| **Registration Ip** | 192.240.118.2 |

| | |
|---|---|
| **Vanity Definition** | Vanity: Username associated with the account. |

| | |
|---|---|
| **Vanity Name** | AmarvelBio |

| | | |
|---|---|---|
| **Basic Info** | **Name** | AmarvelBio |
| | **Url** | https://facebook.com/AmarvelBio |

| | |
|---|---|
| **Creation Date** | 2021-08-02 09:45:20 UTC |

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Stephanie Rosales, certify:

1. I am a duly authorized custodian of records for Meta Platforms, Inc. (hereinafter"Meta" or the "Company"), headquartered in Menlo Park, California and am qualified to certify Meta domestic records of regularly conducted activity.

2. I have reviewed the records produced by Meta in this matter in response to the Subpoena received on June 21, 2023. The records include search results for Basic Subscriber Information, IP Address Logs, Transactional Information, Other Content and records for the account with identifier 1166866907424443.

3. The records provided are an exact copy of the records that were made and kept by the automated systems of Meta in the course of regularly conducted activity as a regular practice of Meta. The records were saved in electronic format after searching Meta's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Meta user.

4. I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.


*Stephanie Rosales*

Stephanie Rosales
Custodian of Records

Date: June 23, 2023

**Meta**

USAO_075862

**Service** Facebook
**Internal Ticket Number** 7901124
**Target** 1166866907424443
**Account Identifier** groups/1166866907424443/
**Account Type** Group
**Generated** 2023-06-23 20:12:51 UTC
**Date Range** 2004-01-01 00:00:00 UTC to 2023-06-21 23:59:59 UTC

**Ncmec Reports Definition** NCMEC Cybertips: NCMEC cybertip reports associated to the account of the sender.
CyberTip ID: Unique identifier associated with the cybertip.
Time: Date and time the NCMEC cybertip was sent.
Responsible Id: Identification number of the sender's Facebook account associated with the NCMEC cybertip report.

**NCMEC CyberTip Numbers** No responsive records located

**Creator** Amarvel Bio (100071254066051)

| **Account Closure Date** | **Account Still Active** true |
|---|---|

**Registered Email Addresses** admin@amarvelbio.com
**Registration Date** 2021-08-02 09:20:17 UTC
**Vanity Name** amarvelbiotech
**Registered Credit Card Number** No responsive records located
**Direct Debit** No responsive records located

**Logins**

| | **IP Address** | 14.198.27.120 |
|---|---|---|
| | **Time** | 2023-03-27 05:32:02 UTC |
| | **Location** | WWW |

| | **IP Address** | 64.42.177.150 |
|---|---|---|
| | **Time** | 2023-02-02 06:22:29 UTC |
| | **Location** | WWW |

| | **IP Address** | 2001:19f0:6001:1e28:5400:4ff:fe44:6c2c |
|---|---|---|
| | **Time** | 2023-01-31 03:02:58 UTC |
| | **Location** | WWW |

| | **IP Address** | 2001:19f0:6001:1e28:5400:4ff:fe44:6c2c |
|---|---|---|
| | **Time** | 2023-01-31 03:00:03 UTC |
| | **Location** | WWW |

| | **IP Address** | 169.197.141.210 |
|---|---|---|
| | **Time** | 2022-11-28 04:22:43 UTC |
| | **Location** | WWW |

| | **IP Address** | 139.99.170.104 |
|---|---|---|
| | **Time** | 2022-10-28 01:34:17 UTC |
| | **Location** | WWW |

**IP Address**
          209.58.163.185
     **Time** 2022-05-05 03:57:09 UTC
**Location** WWW

**IP Address** 139.99.237.178
     **Time** 2021-11-23 05:50:36 UTC
**Location** WWW

**IP Address** 135.125.239.19
     **Time** 2021-08-22 15:34:36 UTC
**Location** WWW

**IP Address** 139.99.199.199
     **Time** 2021-08-18 10:01:05 UTC

**IP Address** 139.99.199.199
     **Time** 2021-08-18 09:58:39 UTC

**IP Address** 103.254.153.158
     **Time** 2021-08-17 02:39:24 UTC
**Location** WWW

**IP Address** 103.254.153.158
     **Time** 2021-08-17 02:29:14 UTC
**Location** WWW

**IP Address** 103.254.153.158
     **Time** 2021-08-17 02:19:08 UTC
**Location** WWW

**IP Address** 103.254.153.158
     **Time** 2021-08-17 02:16:36 UTC
**Location** WWW

**IP Address** 139.99.134.151
     **Time** 2021-08-16 10:31:36 UTC
**Location** WWW

**IP Address** 139.99.134.151
     **Time** 2021-08-13 17:57:13 UTC

**IP Address** 139.99.199.199
     **Time** 2021-08-13 16:45:23 UTC

**IP Address** 169.197.143.215
     **Time** 2021-08-13 07:17:51 UTC
**Location** WWW

**IP Address** 50.7.117.3
     **Time** 2021-08-10 01:39:08 UTC

**IP Address** 92.223.79.127
     **Time** 2021-08-03 14:44:30 UTC

**IP Address** 50.7.117.4
     **Time** 2021-08-03 05:29:54 UTC

**IP Address** 23.105.217.217

**Time**
          2021-08-03 05:23:41 UTC
**Location** WWW

**IP Address** 50.7.117.4
**Time** 2021-08-03 05:17:33 UTC
**Location** WAP

**IP Address** 23.105.217.217
**Time** 2021-08-03 03:16:37 UTC
**Location** WWW

**IP Address** 172.99.190.59
**Time** 2021-08-02 17:22:42 UTC

**IP Address** 172.99.190.59
**Time** 2021-08-02 14:07:19 UTC
**Location** WWW

**IP Address** 192.240.118.2
**Time** 2021-08-02 09:20:20 UTC
**Location** WWW

**Logouts**    **Time** 2023-03-27 05:32:01 UTC
**Location** WWW
**IP Address** 14.198.27.120

          **Time** 2022-10-28 01:34:07 UTC
**Location** WWW
**IP Address** 139.99.170.104

          **Time** 2021-09-06 16:19:17 UTC
**Location** WWW
**IP Address** 92.223.93.170

          **Time** 2021-08-18 14:45:54 UTC
**Location** WWW
**IP Address** 209.58.163.185

          **Time** 2021-08-18 09:58:40 UTC
**Location** WWW
**IP Address** 139.99.199.199

          **Time** 2021-08-17 08:57:54 UTC
**Location** WWW
**IP Address** 135.125.239.19

          **Time** 2021-08-17 02:17:06 UTC
**Location** WWW
**IP Address** 103.254.153.158

          **Time** 2021-08-17 02:13:58 UTC
**Location** WWW
**IP Address** 103.254.153.158

          **Time** 2021-08-16 06:58:55 UTC
**Location** WWW
**IP Address** 139.99.134.151

|   |   |
|---|---|
| **Time** | |
| | 2021-08-16 03:29:30 UTC |
| **Location** | WWW |
| **IP Address** | 92.223.79.127 |
| | |
| **Time** | 2021-08-16 01:35:55 UTC |
| **Location** | WWW |
| **IP Address** | 139.99.134.151 |
| | |
| **Time** | 2021-08-13 17:57:14 UTC |
| **Location** | WWW |
| **IP Address** | 139.99.134.151 |
| | |
| **Time** | 2021-08-13 17:00:12 UTC |
| **Location** | WWW |
| **IP Address** | 139.99.134.151 |
| | |
| **Time** | 2021-08-13 16:45:01 UTC |
| **Location** | WWW |
| **IP Address** | 139.99.199.199 |
| | |
| **Time** | 2021-08-03 05:23:30 UTC |
| **Location** | WWW |
| **IP Address** | 23.105.217.217 |
| | |
| **Time** | 2021-08-02 09:54:06 UTC |
| **Location** | WWW |
| **IP Address** | 192.240.118.2 |

|   |   |
|---|---|
| **Paypal Accounts** | No responsive records located |
| **Phone Numbers** | +8613297909263 Cell Verified on 2021-08-09 08:31:04 UTC |
| **Registration Ip** | 192.240.118.2 |

|   |   |
|---|---|
| **Vanity Definition** | Vanity: Username associated with the account. |

|   |   |
|---|---|
| **Vanity Name** | No responsive records located |

|   |   |   |
|---|---|---|
| **Basic Info** | **Name** | Amarvelbio Research chemicals |
| | **Url** | https://facebook.com/groups/1166866907424443/ |

|   |   |
|---|---|
| **Creation Date** | 2022-05-16 04:03:28 UTC |

This page intentionally left blank.

USAO_001352_c

| | |
|---|---|
| **Service** | Facebook |
| **Target** | 1166866907424443 |
| **Account Identifier** | groups/1166866907424443/ |
| **Account Type** | Group |
| **Generated** | 2023-06-21 23:06:49 UTC |
| **Date Range** | 2021-06-21 00:00:00 UTC to 2023-06-21 23:59:59 UTC |

**Ncmec Reports Definition**    NCMEC Cybertips: NCMEC cybertip reports associated to the account of the sender.
CyberTip ID: Unique identifier associated with the cybertip.
Time: Date and time the NCMEC cybertip was sent.
Responsible Id: Identification number of the sender's Facebook account associated with the NCMEC cybertip report.

**NCMEC CyberTip Numbers**    No responsive records located

**Creator**    Amarvel Bio (100071254066051)

| | |
|---|---|
| **Account Closure Date** | **Account Still Active** true |
| **Registered Email Addresses** | admin@amarvelbio.com |
| **Registration Date** | 2021-08-02 09:20:17 UTC |
| **Vanity Name** | amarvelbiotech |
| **Registered Credit Card Number** | No responsive records located |
| **Direct Debit** | No responsive records located |

**Logins**

| | |
|---|---|
| **IP Address** | 14.198.27.120 |
| **Time** | 2023-03-27 05:32:02 UTC |
| **Location** | WWW |
| **IP Address** | 64.42.177.150 |
| **Time** | 2023-02-02 06:22:29 UTC |
| **Location** | WWW |
| **IP Address** | 2001:19f0:6001:1e28:5400:4ff:fe44:6c2c |
| **Time** | 2023-01-31 03:02:58 UTC |
| **Location** | WWW |
| **IP Address** | 2001:19f0:6001:1e28:5400:4ff:fe44:6c2c |
| **Time** | 2023-01-31 03:00:03 UTC |
| **Location** | WWW |
| **IP Address** | 169.197.141.210 |
| **Time** | 2022-11-28 04:22:43 UTC |
| **Location** | WWW |
| **IP Address** | 139.99.170.104 |
| **Time** | 2022-10-28 01:34:17 UTC |
| **Location** | WWW |
| **IP Address** | 209.58.163.185 |

**Time**
        2022-05-05 03:57:09 UTC
**Location** WWW

**IP Address** 139.99.237.178
        **Time** 2021-11-23 05:50:36 UTC
**Location** WWW

**IP Address** 135.125.239.19
        **Time** 2021-08-22 15:34:36 UTC
**Location** WWW

**IP Address** 139.99.199.199
        **Time** 2021-08-18 10:01:05 UTC

**IP Address** 139.99.199.199
        **Time** 2021-08-18 09:58:39 UTC

**IP Address** 103.254.153.158
        **Time** 2021-08-17 02:39:24 UTC
**Location** WWW

**IP Address** 103.254.153.158
        **Time** 2021-08-17 02:29:14 UTC
**Location** WWW

**IP Address** 103.254.153.158
        **Time** 2021-08-17 02:19:08 UTC
**Location** WWW

**IP Address** 103.254.153.158
        **Time** 2021-08-17 02:16:36 UTC
**Location** WWW

**IP Address** 139.99.134.151
        **Time** 2021-08-16 10:31:36 UTC
**Location** WWW

**IP Address** 139.99.134.151
        **Time** 2021-08-13 17:57:13 UTC

**IP Address** 139.99.199.199
        **Time** 2021-08-13 16:45:23 UTC

**IP Address** 169.197.143.215
        **Time** 2021-08-13 07:17:51 UTC
**Location** WWW

**IP Address** 50.7.117.3
        **Time** 2021-08-10 01:39:08 UTC

**IP Address** 92.223.79.127
        **Time** 2021-08-03 14:44:30 UTC

**IP Address** 50.7.117.4
        **Time** 2021-08-03 05:29:54 UTC

**IP Address** 23.105.217.217
        **Time** 2021-08-03 05:23:41 UTC

**Location**
WWW

**IP Address** 50.7.117.4
**Time** 2021-08-03 05:17:33 UTC
**Location** WAP

**IP Address** 23.105.217.217
**Time** 2021-08-03 03:16:37 UTC
**Location** WWW

**IP Address** 172.99.190.59
**Time** 2021-08-02 17:22:42 UTC

**IP Address** 172.99.190.59
**Time** 2021-08-02 14:07:19 UTC
**Location** WWW

**IP Address** 192.240.118.2
**Time** 2021-08-02 09:20:20 UTC
**Location** WWW

**Logouts**       **Time** 2023-03-27 05:32:01 UTC
**Location** WWW
**IP Address** 14.198.27.120

**Time** 2022-10-28 01:34:07 UTC
**Location** WWW
**IP Address** 139.99.170.104

**Time** 2021-09-06 16:19:17 UTC
**Location** WWW
**IP Address** 92.223.93.170

**Time** 2021-08-18 14:45:54 UTC
**Location** WWW
**IP Address** 209.58.163.185

**Time** 2021-08-18 09:58:40 UTC
**Location** WWW
**IP Address** 139.99.199.199

**Time** 2021-08-17 08:57:54 UTC
**Location** WWW
**IP Address** 135.125.239.19

**Time** 2021-08-17 02:17:06 UTC
**Location** WWW
**IP Address** 103.254.153.158

**Time** 2021-08-17 02:13:58 UTC
**Location** WWW
**IP Address** 103.254.153.158

**Time** 2021-08-16 06:58:55 UTC
**Location** WWW
**IP Address** 139.99.134.151

**Time** 2021-08-16 03:29:30 UTC

|  | **Location** |  |
|---|---|---|
|  |  | WWW |
|  | **IP Address** | 92.223.79.127 |

|  | **Time** | 2021-08-16 01:35:55 UTC |
|---|---|---|
|  | **Location** | WWW |
|  | **IP Address** | 139.99.134.151 |

|  | **Time** | 2021-08-13 17:57:14 UTC |
|---|---|---|
|  | **Location** | WWW |
|  | **IP Address** | 139.99.134.151 |

|  | **Time** | 2021-08-13 17:00:12 UTC |
|---|---|---|
|  | **Location** | WWW |
|  | **IP Address** | 139.99.134.151 |

|  | **Time** | 2021-08-13 16:45:01 UTC |
|---|---|---|
|  | **Location** | WWW |
|  | **IP Address** | 139.99.199.199 |

|  | **Time** | 2021-08-03 05:23:30 UTC |
|---|---|---|
|  | **Location** | WWW |
|  | **IP Address** | 23.105.217.217 |

|  | **Time** | 2021-08-02 09:54:06 UTC |
|---|---|---|
|  | **Location** | WWW |
|  | **IP Address** | 192.240.118.2 |

| **Paypal Accounts** | No responsive records located |
|---|---|
| **Phone Numbers** | +8613297909263 Cell Verified on 2021-08-09 08:31:04 UTC |
| **Registration Ip** | 192.240.118.2 |

| **Vanity Definition** | Vanity: Username associated with the account. |
|---|---|

| **Vanity Name** | No responsive records located |
|---|---|

| **Basic Info** | **Name** | Amarvelbio Research chemicals |
|---|---|---|
|  | **Url** | https://facebook.com/groups/1166866907424443/ |

| **Creation Date** | 2022-05-16 04:03:28 UTC |
|---|---|