**Exhibit C**

(OKX Certification and Records)

*Records Provided Electronically*

## Declaration of Custodian of Records

1. My name is Judith Mebella Louis. I am a resident of Seychelles and over eighteen years of age.

2. I am a Legal Manager employed by the business named Aux Cayes FinTech Co. Ltd. ("OKX"), and I am therefore qualified to make this declaration.

3. I hereby certify that the records accompanying this declaration, which were originally produced by OKX on or about May 27, 2023, May 31, 2023, and August 17, 2023, as indicated in the accompanying folders:

   a) were made at or near the time of the occurrence of the matters set forth in the records, by, or from information transmitted by, a person with knowledge of those matters;

   b) were kept in the course of regularly conducted business activity;

   c) were made by the regularly conducted business activity as a regular practice; and

   d) are the original records or true and accurate duplicates of the original.

I declare under penalty of perjury pursuant to Section 102 of the Seychelles Penal Code (Act 12 of 1952) (Cap. 158) that the foregoing is true and correct.

Executed on   12/30/2024

_____
(signature of declarant)

Judith Mebella Louis, Legal Manager
Aux Cayes FinTech Co. Ltd.
Suite 202, 2nd Floor, Eden Plaza, Eden Island, Victoria, Mahe, Seychelles