

**Extraction Report** - Cellebrite Reports



www.cellebrite.com

## Participants



8613876536672@s.whatsapp.net

Rosie Amarvelbio

8615623840867@s.whatsapp.net

Selina Amarvelbio

8618672759079@s.whatsapp.net

Fanny Amarvelbio

8618627159838@s.whatsapp.net

SHARON Amarvelbio

8618627095160@s.whatsapp.net

JENNY Amarvelbio

8613297909263@s.whatsapp.net

AmarvelBio (owner) (admin)

8615797076598@s.whatsapp.net

Olivia Amarvelbio

8618186656811@s.whatsapp.net

FannyFan

## Conversation - Instant Messages (16)

> From: System Message System Message
> (owner) created group "Amarvelbio Team"
>
> **Platform:** Mobile
> **Label:** System
> 5/10/2022 1:24:00 AM(UTC+0)

**Source Extraction:**

File System

**Source Info:**

EXTRACTION_FFS.zip/root/private/var/mobile/Containers/
Shared/AppGroup/6531A21B-3238-4F6C-AE4F-
E23435E2CBC7/ChatStorage.sqlite : 0x5DD52 (Table:
ZWAMESSAGE; Size: 1531904 bytes)

GOVERNMENT
EXHIBIT
809A
23 Cr. 302 (PGG)

From: System Message System Message

🔒 Messages and calls are end-to-end encrypted. No one outside of this chat, not even WhatsApp, can read or listen to them. Tap to learn more

**Platform:** Mobile

**Label:** System

5/10/2022 1:24:00 AM(UTC+0)

**Source Extraction:**

File System

**Source Info:**

EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/6531A21B-3238-4F6C-AE4F-E23435E2CBC7/ChatStorage.sqlite : 0x5DDE7 (Table: ZWAMESSAGE; Size: 1531904 bytes)

From: 8618627095160@s.whatsapp.net JENNY Amarvelbio

这是干啥

**Status:** Read

**Platform:** Mobile

5/10/2022 1:34:22 AM(UTC+0)

**Source Extraction:**

File System

**Source Info:**

EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/6531A21B-3238-4F6C-AE4F-E23435E2CBC7/ChatStorage.sqlite : 0x5DCC7 (Table: ZWAMESSAGE; Size: 1531904 bytes)

EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/6531A21B-3238-4F6C-AE4F-E23435E2CBC7/ContactsV2.sqlite : 0x187B9 (Table: ZWAADDRESSBOOKCONTACT; Size: 147456 bytes)

(owner)

To: 8618627095160@s.whatsapp.net JENNY Amarvelbio

方便我之后分网站询盘

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 8618627095160@s.wh atsapp.net JENNY Amarvelbio | 5/10/2022 1:38:40 AM(UTC+0) | 5/10/20 22 1:39:36 AM(UTC +0) | |

**Status:** Read

**Platform:** Mobile

5/10/2022 1:38:37 AM(UTC+0)

**Source Extraction:**

File System

**Source Info:**

EXTRACTION_FFS.zip/root/private/var/mobile/Container s/Shared/AppGroup/6531A21B-3238-4F6C-AE4F-E23435E2CBC7/ChatStorage.sqlite : 0x5DC30 (Table: ZWAMESSAGE; Size: 1531904 bytes)

EXTRACTION_FFS.zip/root/private/var/mobile/Container s/Shared/AppGroup/6531A21B-3238-4F6C-AE4F-E23435E2CBC7/ContactsV2.sqlite : 0x187B9 (Table: ZWAADDRESSBOOKCONTACT; Size: 147456 bytes)

From: 8618627095160@s.whatsapp.net JENNY Amarvelbio

好吧

**Status:** Read

**Platform:** Mobile

5/10/2022 1:39:52 AM(UTC+0)

**Source Extraction:**

File System

**Source Info:**

EXTRACTION_FFS.zip/root/private/var/mobile/Containers/ Shared/AppGroup/6531A21B-3238-4F6C-AE4F-E23435E2CBC7/ChatStorage.sqlite : 0x5DA87 (Table: ZWAMESSAGE; Size: 1531904 bytes)

EXTRACTION_FFS.zip/root/private/var/mobile/Containers/ Shared/AppGroup/6531A21B-3238-4F6C-AE4F-E23435E2CBC7/ContactsV2.sqlite : 0x187B9 (Table: ZWAADDRESSBOOKCONTACT; Size: 147456 bytes)

From: 8618627095160@s.whatsapp.net JENNY Amarvelbio
咋就我们两个😊

**Status:** Read
**Platform:** Mobile
5/10/2022 1:40:00 AM(UTC+0)

**Source Extraction:**
File System
**Source Info:**
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/
Shared/AppGroup/6531A21B-3238-4F6C-AE4F-
E23435E2CBC7/ChatStorage.sqlite : 0x5DB9B (Table:
ZWAMESSAGE; Size: 1531904 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/
Shared/AppGroup/6531A21B-3238-4F6C-AE4F-
E23435E2CBC7/ContactsV2.sqlite : 0x187B9 (Table:
ZWAADDRESSBOOKCONTACT; Size: 147456 bytes)

From: 8618627095160@s.whatsapp.net JENNY Amarvelbio
其他人呢

**Status:** Read
**Platform:** Mobile
5/10/2022 1:40:04 AM(UTC+0)

**Source Extraction:**
File System
**Source Info:**
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/
Shared/AppGroup/6531A21B-3238-4F6C-AE4F-
E23435E2CBC7/ChatStorage.sqlite : 0x5DB0E (Table:
ZWAMESSAGE; Size: 1531904 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/
Shared/AppGroup/6531A21B-3238-4F6C-AE4F-
E23435E2CBC7/ContactsV2.sqlite : 0x187B9 (Table:
ZWAADDRESSBOOKCONTACT; Size: 147456 bytes)

(owner)

To: 8618627095160@s.whatsapp.net JENNY Amarvelbio

还没来急加

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 8618627095160@s.wh atsapp.net JENNY Amarvelbio | 5/10/2022 1:41:04 AM(UTC+0) | 5/10/20 22 1:43:14 AM(UTC +0) | |

**Status:** Read

**Platform:** Mobile

5/10/2022 1:41:03 AM(UTC+0)

**Source Extraction:**

File System

**Source Info:**

EXTRACTION_FFS.zip/root/private/var/mobile/Container s/Shared/AppGroup/6531A21B-3238-4F6C-AE4F-E23435E2CBC7/ChatStorage.sqlite : 0x5D9FF (Table: ZWAMESSAGE; Size: 1531904 bytes)

EXTRACTION_FFS.zip/root/private/var/mobile/Container s/Shared/AppGroup/6531A21B-3238-4F6C-AE4F-E23435E2CBC7/ContactsV2.sqlite : 0x187B9 (Table: ZWAADDRESSBOOKCONTACT; Size: 147456 bytes)

From: System Message System Message

AmarvelBio (8613297009263@s.whatsapp.net) added Fanny Amarvelbio (8618672759079@s.whatsapp.net), Selina Amarvelbio (8615623840867@s.whatsapp.net), SHARON Amarvelbio (8618627159838@s.whatsapp.net), Rosie Amarvelbio (8613876536672@s.whatsapp.net)

**Platform:** Mobile

**Label:** System

5/10/2022 1:47:36 AM(UTC+0)

**Source Extraction:**

File System

**Source Info:**

EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/6531A21B-3238-4F6C-AE4F-E23435E2CBC7/ChatStorage.sqlite : 0x5D8E4 (Table: ZWAMESSAGE; Size: 1531904 bytes)

(owner)

To: 8618627095160@s.whatsapp.net JENNY Amarvelbio

To: 8618672759079@s.whatsapp.net Fanny Amarvelbio

To: 8615623840867@s.whatsapp.net Selina Amarvelbio

To: 8618627159838@s.whatsapp.net SHARON Amarvelbio

To: 8613876536672@s.whatsapp.net Rosie Amarvelbio

Hi

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 8618627095160@s.whatsapp.net JENNY Amarvelbio | 5/10/2022 1:47:51 AM(UTC+0) | 5/10/2022 2:28:29 AM(UTC+0) | |
| 8618672759079@s.whatsapp.net Fanny Amarvelbio | 5/10/2022 2:12:59 AM(UTC+0) | 5/10/2022 2:13:04 AM(UTC+0) | |
| 8615623840867@s.whatsapp.net Selina Amarvelbio | 5/10/2022 2:09:16 AM(UTC+0) | 5/10/2022 2:09:27 AM(UTC+0) | |
| 8618627159838@s.whatsapp.net SHARON Amarvelbio | 5/10/2022 2:26:57 AM(UTC+0) | 5/10/2022 2:27:06 AM(UTC+0) | |
| 8613876536672@s.whatsapp.net Rosie Amarvelbio | 5/10/2022 2:52:18 AM(UTC+0) | 5/10/2022 2:52:25 AM(UTC+0) | |

**Status:** Read

**Platform:** Mobile

5/10/2022 1:47:50 AM(UTC+0)

**Source Extraction:**

File System

**Source Info:**

EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/6531A21B-3238-4F6C-AE4F-E23435E2CBC7/ChatStorage.sqlite : 0x5D86A (Table: ZWAMESSAGE; Size: 1531904 bytes)

EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/6531A21B-3238-4F6C-AE4F-E23435E2CBC7/ContactsV2.sqlite : 0x187B9 (Table: ZWAADDRESSBOOKCONTACT; Size: 147456 bytes)

From: 8618672759079@s.whatsapp.net Fanny Amarvelbio
😊

**Status:** Read
**Platform:** Web
5/10/2022 2:13:18 AM(UTC+0)

**Source Extraction:**

File System

**Source Info:**

EXTRACTION_FFS.zip/root/private/var/mobile/Containers/
Shared/AppGroup/6531A21B-3238-4F6C-AE4F-
E23435E2CBC7/ChatStorage.sqlite : 0x5D7F3 (Table:
ZWAMESSAGE; Size: 1531904 bytes)

EXTRACTION_FFS.zip/root/private/var/mobile/Containers/
Shared/AppGroup/6531A21B-3238-4F6C-AE4F-
E23435E2CBC7/ContactsV2.sqlite : 0x18702 (Table:
ZWAADDRESSBOOKCONTACT; Size: 147456 bytes)

From: System Message System Message
8618672759079@s.whatsapp.net changed to 8618186656811@s.whatsapp.net participant
added: FannyFan (8618186656811@s.whatsapp.net)

**Platform:** Mobile
**Label:** System
5/17/2022 12:30:24 AM(UTC+0)

**Source Extraction:**

File System

**Source Info:**

EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/6531A21B-
3238-4F6C-AE4F-E23435E2CBC7/ChatStorage.sqlite : 0x5D6C6 (Table: ZWAMESSAGE;
Size: 1531904 bytes)

(owner)

To: 8618186656811@s.whatsapp.net FannyFan

To: 8618627095160@s.whatsapp.net JENNY Amarvelbio

To: 8615623840867@s.whatsapp.net Selina Amarvelbio

To: 8618627159838@s.whatsapp.net SHARON Amarvelbio

To: 861387636672@s.whatsapp.net Rosie Amarvelbio

**Attachments:**



**Size:** 71244

**File name:** 2c362b67-371e-4823-afb0-170d74498080.jpg

**Path:** https://mmg.whatsapp.net/d/f/Ag4DCY-
RcuLwR4GHtH81I3gtGpfaEyZ1xuLIEfNjmfdG.enc

2c362b67-371e-4823-afb0-170d74498080.jpg

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 8618186656811@s.wh atsapp.net FannyFan | 5/27/2022 1:25:14 AM(UTC+0) | 5/27/20 22 1:25:18 AM(UTC +0) | |
| 8618627095160@s.wh atsapp.net JENNY Amarvelbio | 5/27/2022 1:25:14 AM(UTC+0) | 5/27/20 22 1:26:59 AM(UTC +0) | |
| 8615623840867@s.wh atsapp.net Selina Amarvelbio | 5/27/2022 1:25:14 AM(UTC+0) | 5/27/20 22 1:25:18 AM(UTC +0) | |
| 8618627159838@s.wh atsapp.net SHARON Amarvelbio | 5/27/2022 1:25:15 AM(UTC+0) | 5/27/20 22 1:27:13 AM(UTC +0) | |
| 8613876536672@s.wh atsapp.net Rosie Amarvelbio | 5/27/2022 1:27:07 AM(UTC+0) | 5/27/20 22 1:27:07 AM(UTC +0) | |

**Status:** Read

**Platform:** Mobile

5/27/2022 1:25:11 AM(UTC+0)

**Source Extraction:**

File System

**Source Info:**

EXTRACTION_FFS.zip/root/private/var/mobile/Container
s/Shared/AppGroup/6531A21B-3238-4F6C-AE4F-
E23435E2CBC7/ChatStorage.sqlite : 0x5D3B6 (Table:
ZWAMESSAGE, ZWAMEDIAITEM,
ZWAPROFILEPUSHNAME; Size: 1531904 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Container
s/Shared/AppGroup/6531A21B-3238-4F6C-AE4F-
E23435E2CBC7/ContactsV2.sqlite : 0x187B9 (Table:

ZWAADDRESSBOOKCONTACT; Size: 147456 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Container
s/Shared/AppGroup/6531A21B-3238-4F6C-AE4F-
E23435E2CBC7/Message/Media/120363044482246767
@g.us/2/c/2c362b67-371e-4823-afb0-
170d74498080.jpg : (Size: 71244 bytes)

(owner)

To: 8618186656811@s.whatsapp.net FannyFan

To: 8618627095160@s.whatsapp.net JENNY Amarvelbio

To: 8615623840867@s.whatsapp.net Selina Amarvelbio

To: 8618627159838@s.whatsapp.net SHARON Amarvelbio

To: 8613876536672@s.whatsapp.net Rosie Amarvelbio
@8618627095160

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 8618186656811@s.whatsapp.net FannyFan | 5/27/2022 1:25:21 AM(UTC+0) | 5/27/2022 1:25:21 AM(UTC+0) | |
| 8618627095160@s.whatsapp.net JENNY Amarvelbio | 5/27/2022 1:25:20 AM(UTC+0) | 5/27/2022 1:26:59 AM(UTC+0) | |
| 8615623840867@s.whatsapp.net Selina Amarvelbio | 5/27/2022 1:25:21 AM(UTC+0) | 5/27/2022 1:25:24 AM(UTC+0) | |
| 8618627159838@s.whatsapp.net SHARON Amarvelbio | 5/27/2022 1:25:21 AM(UTC+0) | 5/27/2022 1:27:13 AM(UTC+0) | |
| 8613876536672@s.whatsapp.net Rosie Amarvelbio | 5/27/2022 1:27:07 AM(UTC+0) | 5/27/2022 1:27:07 AM(UTC+0) | |

**Status:** Read

**Platform:** Mobile

5/27/2022 1:25:20 AM(UTC+0)

**Source Extraction:**

File System

**Source Info:**

EXTRACTION_FFS.zip/root/private/var/mobile/Container
s/Shared/AppGroup/6531A21B-3238-4F6C-AE4F-
E23435E2CBC7/ChatStorage.sqlite : 0x5D330 (Table:
ZWAMESSAGE, ZWAPROFILEPUSHNAME; Size: 1531904
bytes)

EXTRACTION_FFS.zip/root/private/var/mobile/Container
s/Shared/AppGroup/6531A21B-3238-4F6C-AE4F-
E23435E2CBC7/ContactsV2.sqlite : 0x187B9 (Table:
ZWAADDRESSBOOKCONTACT; Size: 147456 bytes)

(owner)

To: 8618186656811@s.whatsapp.net FannyFan

To: 8618627095160@s.whatsapp.net JENNY Amarvelbio

To: 8615623840867@s.whatsapp.net Selina Amarvelbio

To: 8618627159838@s.whatsapp.net SHARON Amarvelbio

To: 8613876536672@s.whatsapp.net Rosie Amarvelbio

上

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 8618186656811@s.whatsapp.net FannyFan | 5/27/2022 1:25:47 AM(UTC+0) | 5/27/2022 1:25:47 AM(UTC+0) | |
| 8618627095160@s.whatsapp.net JENNY Amarvelbio | 5/27/2022 1:25:47 AM(UTC+0) | 5/27/2022 1:26:59 AM(UTC+0) | |
| 8615623840867@s.whatsapp.net Selina Amarvelbio | 5/27/2022 1:25:49 AM(UTC+0) | 5/27/2022 1:26:22 AM(UTC+0) | |
| 8618627159838@s.whatsapp.net SHARON Amarvelbio | 5/27/2022 1:25:47 AM(UTC+0) | 5/27/2022 1:27:13 AM(UTC+0) | |
| 8613876536672@s.whatsapp.net Rosie Amarvelbio | 5/27/2022 1:27:07 AM(UTC+0) | 5/27/2022 1:27:07 AM(UTC+0) | |

**Status:** Read

**Platform:** Mobile

5/27/2022 1:25:46 AM(UTC+0)

**Source Extraction:**

File System

**Source Info:**

EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/6531A21B-3238-4F6C-AE4F-E23435E2CBC7/ChatStorage.sqlite : 0x5D2B4 (Table: ZWAMESSAGE, ZWAPROFILEPUSHNAME; Size: 1531904 bytes)

EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/6531A21B-3238-4F6C-AE4F-E23435E2CBC7/ContactsV2.sqlite : 0x187B9 (Table: ZWAADDRESSBOOKCONTACT; Size: 147456 bytes)

From: 8618627095160@s.whatsapp.net JENNY Amarvelbio
👍

**Status:** Read
**Platform:** Mobile
5/27/2022 1:27:07 AM(UTC+0)

**Source Extraction:**

File System

**Source Info:**

EXTRACTION_FFS.zip/root/private/var/mobile/Containers/

Shared/AppGroup/6531A21B-3238-4F6C-AE4F-

E23435E2CBC7/ChatStorage.sqlite : 0x5D231 (Table:

ZWAMESSAGE; Size: 1531904 bytes)

EXTRACTION_FFS.zip/root/private/var/mobile/Containers/

Shared/AppGroup/6531A21B-3238-4F6C-AE4F-

E23435E2CBC7/ContactsV2.sqlite : 0x187B9 (Table:

ZWAADDRESSBOOKCONTACT; Size: 147456 bytes)



# Extraction Report - Cellebrite Reports



## Participants

| | |
|---|---|
| | 8613876536672@s.whatsapp.net |
| | Rosie Amarvelbio |
| | 8615623840867@s.whatsapp.net |
| | Selina Amarvelbio |
| | 8618672759079@s.whatsapp.net |
| | Fanny Amarvelbio |
| | 8618627159838@s.whatsapp.net |
| | SHARON Amarvelbio |
| | 8618627095160@s.whatsapp.net |
| | JENNY Amarvelbio |
| | 8613297909263@s.whatsapp.net |
| | AmarvelBio (owner) (admin) |
| | 8615797076598@s.whatsapp.net |
| | Olivia Amarvelbio |
| | 8618186656811@s.whatsapp.net |
| | FannyFan |

## Conversation - Instant Messages (16)

> From: System Message System Message
> (owner) created group "Amarvelbio Team"
>
> **Platform:** Mobile
> **Label:** System
> 5/10/2022 1:24:00 AM(UTC+0)

**Source Extraction:**

File System

**Source Info:**

EXTRACTION_FFS.zip/root/private/var/mobile/Containers/
Shared/AppGroup/6531A21B-3238-4F6C-AE4F-
E23435E2CBC7/ChatStorage.sqlite : 0x5DD52 (Table:
ZWAMESSAGE; Size: 1531904 bytes)

GOVERNMENT
EXHIBIT
809A-T
23 Cr. 302 (PGG)

From: System Message System Message

🔒 Messages and calls are end-to-end encrypted. No one outside of this chat, not even WhatsApp, can read or listen to them. Tap to learn more

**Platform:** Mobile

**Label:** System

5/10/2022 1:24:00 AM(UTC+0)

**Source Extraction:**

File System

**Source Info:**

EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/6531A21B-3238-4F6C-AE4F-E23435E2CBC7/ChatStorage.sqlite : 0x5DDE7 (Table: ZWAMESSAGE; Size: 1531904 bytes)

From: 8618627095160@s.whatsapp.net JENNY Amarvelbio

这是干啥 **What is this?**

**Status:** Read

**Platform:** Mobile

5/10/2022 1:34:22 AM(UTC+0)

**Source Extraction:**

File System

**Source Info:**

EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/6531A21B-3238-4F6C-AE4F-E23435E2CBC7/ChatStorage.sqlite : 0x5DCC7 (Table: ZWAMESSAGE; Size: 1531904 bytes)

EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/6531A21B-3238-4F6C-AE4F-E23435E2CBC7/ContactsV2.sqlite : 0x187B9 (Table: ZWAADDRESSBOOKCONTACT; Size: 147456 bytes)

(owner)

To: 8618627095160@s.whatsapp.net JENNY Amarvelbio

方便我之后分网站询盘 **It will make it easier for me to organize inquiries by websites later.**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 8618627095160@s.wh atsapp.net JENNY Amarvelbio | 5/10/2022 1:38:40 AM(UTC+0) | 5/10/20 22 1:39:36 AM(UTC +0) | |

**Status:** Read

**Platform:** Mobile

5/10/2022 1:38:37 AM(UTC+0)

Source Extraction:

File System

**Source Info:**

EXTRACTION_FFS.zip/root/private/var/mobile/Container s/Shared/AppGroup/6531A21B-3238-4F6C-AE4F-E23435E2CBC7/ChatStorage.sqlite : 0x5DC30 (Table: ZWAMESSAGE; Size: 1531904 bytes)

EXTRACTION_FFS.zip/root/private/var/mobile/Container s/Shared/AppGroup/6531A21B-3238-4F6C-AE4F-E23435E2CBC7/ContactsV2.sqlite : 0x187B9 (Table: ZWAADDRESSBOOKCONTACT; Size: 147456 bytes)

From: 8618627095160@s.whatsapp.net JENNY Amarvelbio

好吧 **Okay.**

**Status:** Read

**Platform:** Mobile

5/10/2022 1:39:52 AM(UTC+0)

Source Extraction:

File System

**Source Info:**

EXTRACTION_FFS.zip/root/private/var/mobile/Containers/ Shared/AppGroup/6531A21B-3238-4F6C-AE4F-E23435E2CBC7/ChatStorage.sqlite : 0x5DA87 (Table: ZWAMESSAGE; Size: 1531904 bytes)

EXTRACTION_FFS.zip/root/private/var/mobile/Containers/ Shared/AppGroup/6531A21B-3238-4F6C-AE4F-E23435E2CBC7/ContactsV2.sqlite : 0x187B9 (Table: ZWAADDRESSBOOKCONTACT; Size: 147456 bytes)

From: 8618627095160@s.whatsapp.net JENNY Amarvelbio
咋就我们两个😄 **Why is it just the two of us?**

**Status:** Read
**Platform:** Mobile
5/10/2022 1:40:00 AM(UTC+0)

**Source Extraction:**
File System
**Source Info:**
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/
Shared/AppGroup/6531A21B-3238-4F6C-AE4F-
E23435E2CBC7/ChatStorage.sqlite : 0x5DB9B (Table:
ZWAMESSAGE; Size: 1531904 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/
Shared/AppGroup/6531A21B-3238-4F6C-AE4F-
E23435E2CBC7/ContactsV2.sqlite : 0x187B9 (Table:
ZWAADDRESSBOOKCONTACT; Size: 147456 bytes)

From: 8618627095160@s.whatsapp.net JENNY Amarvelbio
其他人呢 **Where are the other people?**

**Status:** Read
**Platform:** Mobile
5/10/2022 1:40:04 AM(UTC+0)

**Source Extraction:**
File System
**Source Info:**
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/
Shared/AppGroup/6531A21B-3238-4F6C-AE4F-
E23435E2CBC7/ChatStorage.sqlite : 0x5DB0E (Table:
ZWAMESSAGE; Size: 1531904 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/
Shared/AppGroup/6531A21B-3238-4F6C-AE4F-
E23435E2CBC7/ContactsV2.sqlite : 0x187B9 (Table:
ZWAADDRESSBOOKCONTACT; Size: 147456 bytes)

(owner)

To: 8618627095160@s.whatsapp.net JENNY Amarvelbio

还没来急加 **[I] have not yet had a chance to add [them].**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 8618627095160@s.wh atsapp.net JENNY Amarvelbio | 5/10/2022 1:41:04 AM(UTC+0) | 5/10/20 22 1:43:14 AM(UTC +0) | |

**Status:** Read

**Platform:** Mobile

5/10/2022 1:41:03 AM(UTC+0)

**Source Extraction:**

File System

**Source Info:**

EXTRACTION_FFS.zip/root/private/var/mobile/Container
s/Shared/AppGroup/6531A21B-3238-4F6C-AE4F-
E23435E2CBC7/ChatStorage.sqlite : 0x5D9FF (Table:
ZWAMESSAGE; Size: 1531904 bytes)

EXTRACTION_FFS.zip/root/private/var/mobile/Container
s/Shared/AppGroup/6531A21B-3238-4F6C-AE4F-
E23435E2CBC7/ContactsV2.sqlite : 0x187B9 (Table:
ZWAADDRESSBOOKCONTACT; Size: 147456 bytes)

From: System Message System Message

AmarvelBio (8613297909263@s.whatsapp.net) added Fanny Amarvelbio
(8618672759079@s.whatsapp.net), Selina Amarvelbio (8615623840867@s.whatsapp.net),
SHARON Amarvelbio (8618627159838@s.whatsapp.net), Rosie Amarvelbio
(8613876536672@s.whatsapp.net)

**Platform:** Mobile

**Label:** System

5/10/2022 1:47:36 AM(UTC+0)

**Source Extraction:**

File System

**Source Info:**

EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/6531A21B-
3238-4F6C-AE4F-E23435E2CBC7/ChatStorage.sqlite : 0x5D8E4 (Table: ZWAMESSAGE;
Size: 1531904 bytes)

(owner)

To: 8618627095160@s.whatsapp.net JENNY Amarvelbio

To: 8618672759079@s.whatsapp.net Fanny Amarvelbio

To: 8615623840867@s.whatsapp.net Selina Amarvelbio

To: 8618627159838@s.whatsapp.net SHARON Amarvelbio

To: 8613876536672@s.whatsapp.net Rosie Amarvelbio

Hi

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 8618627095160@s.whatsapp.net JENNY Amarvelbio | 5/10/2022 1:47:51 AM(UTC+0) | 5/10/2022 2:28:29 AM(UTC+0) | |
| 8618672759079@s.whatsapp.net Fanny Amarvelbio | 5/10/2022 2:12:59 AM(UTC+0) | 5/10/2022 2:13:04 AM(UTC+0) | |
| 8615623840867@s.whatsapp.net Selina Amarvelbio | 5/10/2022 2:09:16 AM(UTC+0) | 5/10/2022 2:09:27 AM(UTC+0) | |
| 8618627159838@s.whatsapp.net SHARON Amarvelbio | 5/10/2022 2:26:57 AM(UTC+0) | 5/10/2022 2:27:06 AM(UTC+0) | |
| 8613876536672@s.whatsapp.net Rosie Amarvelbio | 5/10/2022 2:52:18 AM(UTC+0) | 5/10/2022 2:52:25 AM(UTC+0) | |

**Status:** Read

**Platform:** Mobile

5/10/2022 1:47:50 AM(UTC+0)

**Source Extraction:**

File System

**Source Info:**

EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/6531A21B-3238-4F6C-AE4F-E23435E2CBC7/ChatStorage.sqlite : 0x5D86A (Table: ZWAMESSAGE; Size: 1531904 bytes)

EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/6531A21B-3238-4F6C-AE4F-E23435E2CBC7/ContactsV2.sqlite : 0x187B9 (Table: ZWAADDRESSBOOKCONTACT; Size: 147456 bytes)

From: 8618672759079@s.whatsapp.net Fanny Amarvelbio

😊

**Status:** Read

**Platform:** Web

5/10/2022 2:13:18 AM(UTC+0)

**Source Extraction:**

File System

**Source Info:**

EXTRACTION_FFS.zip/root/private/var/mobile/Containers/

Shared/AppGroup/6531A21B-3238-4F6C-AE4F-

E23435E2CBC7/ChatStorage.sqlite : 0x5D7F3 (Table:

ZWAMESSAGE; Size: 1531904 bytes)

EXTRACTION_FFS.zip/root/private/var/mobile/Containers/

Shared/AppGroup/6531A21B-3238-4F6C-AE4F-

E23435E2CBC7/ContactsV2.sqlite : 0x18702 (Table:

ZWAADDRESSBOOKCONTACT; Size: 147456 bytes)

From: System Message System Message
8618672759079@s.whatsapp.net changed to 8618186656811@s.whatsapp.net participant
added: FannyFan (8618186656811@s.whatsapp.net)

**Platform:** Mobile

**Label:** System

5/17/2022 12:30:24 AM(UTC+0)

**Source Extraction:**

File System

**Source Info:**

EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/6531A21B-

3238-4F6C-AE4F-E23435E2CBC7/ChatStorage.sqlite : 0x5D6C6 (Table: ZWAMESSAGE;

Size: 1531904 bytes)

(owner)

To: 8618186656811@s.whatsapp.net FannyFan

To: 8618627095160@s.whatsapp.net JENNY Amarvelbio

To: 8615623840867@s.whatsapp.net Selina Amarvelbio

To: 8618627159838@s.whatsapp.net SHARON Amarvelbio

To: 861387636672@s.whatsapp.net Rosie Amarvelbio

**Attachments:**



**Size:** 71244

**File name:** 2c362b67-371e-4823-afb0-170d74498080.jpg

**Path:** https://mmg.whatsapp.net/d/f/Ag4DCY-RcuLwR4GHtHl11I3gtGpfaEyZ1xuLIEfNjmfdG.enc

2c362b67-371e-4823-afb0-170d74498080.jpg

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 8618186656811@s.wh atsapp.net FannyFan | 5/27/2022 1:25:14 AM(UTC+0) | 5/27/20 22 1:25:18 AM(UTC +0) | |
| 8618627095160@s.wh atsapp.net JENNY Amarvelbio | 5/27/2022 1:25:14 AM(UTC+0) | 5/27/20 22 1:26:59 AM(UTC +0) | |
| 8615623840867@s.wh atsapp.net Selina Amarvelbio | 5/27/2022 1:25:14 AM(UTC+0) | 5/27/20 22 1:25:18 AM(UTC +0) | |
| 8618627159838@s.wh atsapp.net SHARON Amarvelbio | 5/27/2022 1:25:15 AM(UTC+0) | 5/27/20 22 1:27:13 AM(UTC +0) | |
| 8613876536672@s.wh atsapp.net Rosie Amarvelbio | 5/27/2022 1:27:07 AM(UTC+0) | 5/27/20 22 1:27:07 AM(UTC +0) | |

**Status:** Read

**Platform:** Mobile

5/27/2022 1:25:11 AM(UTC+0)

**Source Extraction:**

File System

**Source Info:**

EXTRACTION_FFS.zip/root/private/var/mobile/Container s/Shared/AppGroup/6531A21B-3238-4F6C-AE4F-E23435E2CBC7/ChatStorage.sqlite : 0x5D3B6 (Table: ZWAMESSAGE, ZWAMEDIAITEM, ZWAPROFILEPUSHNAME; Size: 1531904 bytes)

EXTRACTION_FFS.zip/root/private/var/mobile/Container s/Shared/AppGroup/6531A21B-3238-4F6C-AE4F-E23435E2CBC7/ContactsV2.sqlite : 0x187B9 (Table:

ZWAADDRESSBOOKCONTACT; Size: 147456 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Container
s/Shared/AppGroup/6531A21B-3238-4F6C-AE4F-
E23435E2CBC7/Message/Media/120363044482246767
@g.us/2/c/2c362b67-371e-4823-afb0-
170d74498080.jpg : (Size: 71244 bytes)

(owner)

To: 8618186656811@s.whatsapp.net FannyFan

To: 8618627095160@s.whatsapp.net JENNY Amarvelbio

To: 8615623840867@s.whatsapp.net Selina Amarvelbio

To: 8618627159838@s.whatsapp.net SHARON Amarvelbio

To: 8613876536672@s.whatsapp.net Rosie Amarvelbio

@8618627095160

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 8618186656811@s.whatsapp.net FannyFan | 5/27/2022 1:25:21 AM(UTC+0) | 5/27/2022 1:25:21 AM(UTC+0) | |
| 8618627095160@s.whatsapp.net JENNY Amarvelbio | 5/27/2022 1:25:20 AM(UTC+0) | 5/27/2022 1:26:59 AM(UTC+0) | |
| 8615623840867@s.whatsapp.net Selina Amarvelbio | 5/27/2022 1:25:21 AM(UTC+0) | 5/27/2022 1:25:24 AM(UTC+0) | |
| 8618627159838@s.whatsapp.net SHARON Amarvelbio | 5/27/2022 1:25:21 AM(UTC+0) | 5/27/2022 1:27:13 AM(UTC+0) | |
| 8613876536672@s.whatsapp.net Rosie Amarvelbio | 5/27/2022 1:27:07 AM(UTC+0) | 5/27/2022 1:27:07 AM(UTC+0) | |

**Status:** Read

**Platform:** Mobile

5/27/2022 1:25:20 AM(UTC+0)

**Source Extraction:**

File System

**Source Info:**

EXTRACTION_FFS.zip/root/private/var/mobile/Container
s/Shared/AppGroup/6531A21B-3238-4F6C-AE4F-
E23435E2CBC7/ChatStorage.sqlite : 0x5D330 (Table:
ZWAMESSAGE, ZWAPROFILEPUSHNAME; Size: 1531904
bytes)

EXTRACTION_FFS.zip/root/private/var/mobile/Container
s/Shared/AppGroup/6531A21B-3238-4F6C-AE4F-
E23435E2CBC7/ContactsV2.sqlite : 0x187B9 (Table:
ZWAADDRESSBOOKCONTACT; Size: 147456 bytes)

(owner)

To: 8618186656811@s.whatsapp.net FannyFan

To: 8618627095160@s.whatsapp.net JENNY Amarvelbio

To: 8615623840867@s.whatsapp.net Selina Amarvelbio

To: 8618627159838@s.whatsapp.net SHARON Amarvelbio

To: 8613876536672@s.whatsapp.net Rosie Amarvelbio

上

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 8618186656811@s.whatsapp.net FannyFan | 5/27/2022 1:25:47 AM(UTC+0) | 5/27/20 22 1:25:47 AM(UTC +0) | |
| 8618627095160@s.whatsapp.net JENNY Amarvelbio | 5/27/2022 1:25:47 AM(UTC+0) | 5/27/20 22 1:26:59 AM(UTC +0) | |
| 8615623840867@s.whatsapp.net Selina Amarvelbio | 5/27/2022 1:25:49 AM(UTC+0) | 5/27/20 22 1:26:22 AM(UTC +0) | |
| 8618627159838@s.whatsapp.net SHARON Amarvelbio | 5/27/2022 1:25:47 AM(UTC+0) | 5/27/20 22 1:27:13 AM(UTC +0) | |
| 8613876536672@s.whatsapp.net Rosie Amarvelbio | 5/27/2022 1:27:07 AM(UTC+0) | 5/27/20 22 1:27:07 AM(UTC +0) | |

**Status:** Read

**Platform:** Mobile

5/27/2022 1:25:46 AM(UTC+0)

**Source Extraction:**

File System

**Source Info:**

EXTRACTION_FFS.zip/root/private/var/mobile/Container
s/Shared/AppGroup/6531A21B-3238-4F6C-AE4F-
E23435E2CBC7/ChatStorage.sqlite : 0x5D2B4 (Table:
ZWAMESSAGE, ZWAPROFILEPUSHNAME; Size: 1531904
bytes)

EXTRACTION_FFS.zip/root/private/var/mobile/Container
s/Shared/AppGroup/6531A21B-3238-4F6C-AE4F-
E23435E2CBC7/ContactsV2.sqlite : 0x187B9 (Table:
ZWAADDRESSBOOKCONTACT; Size: 147456 bytes)

From: 8618627095160@s.whatsapp.net JENNY Amarvelbio

👌

**Status:** Read

**Platform:** Mobile

5/27/2022 1:27:07 AM(UTC+0)

**Source Extraction:**

File System

**Source Info:**

EXTRACTION_FFS.zip/root/private/var/mobile/Containers/

Shared/AppGroup/6531A21B-3238-4F6C-AE4F-

E23435E2CBC7/ChatStorage.sqlite : 0x5D231 (Table:

ZWAMESSAGE; Size: 1531904 bytes)

EXTRACTION_FFS.zip/root/private/var/mobile/Containers/

Shared/AppGroup/6531A21B-3238-4F6C-AE4F-

E23435E2CBC7/ContactsV2.sqlite : 0x187B9 (Table:

ZWAADDRESSBOOKCONTACT; Size: 147456 bytes)



GOVERNMENT
EXHIBIT
809A-1
23 Cr. 302 (PGG)



**Extraction Report** - Cellebrite Reports



www.cellebrite.com

## Participants

| | |
|---|---|
| | 8613876536672@s.whatsapp.net |
| | Rosie Amarvelbio |
| | 8615623840867@s.whatsapp.net |
| | Selina Amarvelbio |
| | 8618672759079@s.whatsapp.net |
| | Fanny Amarvelbio |
| | 8618627159838@s.whatsapp.net |
| | SHARON Amarvelbio |
| | 8618627095160@s.whatsapp.net |
| | JENNY Amarvelbio |
| | 8613297909263@s.whatsapp.net |
| | AmarvelBio (owner) (admin) |
| | 8615797076598@s.whatsapp.net |
| | Olivia Amarvelbio |
| | 8618186656811@s.whatsapp.net |
| | FannyFan |

## Conversation - Instant Messages (4)

GOVERNMENT
EXHIBIT
809B
23 Cr. 302 (PGG)

From: 8613297909263@s.whatsapp.net AmarvelBio (owner)

To: 8618627095160@s.whatsapp.net JENNY Amarvelbio

To: 8618186656811@s.whatsapp.net FannyFan

To: 8615623840867@s.whatsapp.net Selina Amarvelbio

To: 8615797076598@s.whatsapp.net Olivia Amarvelbio

To: 8618627159838@s.whatsapp.net SHARON Amarvelbio

To: 8613876536672@s.whatsapp.net Rosie Amarvelbio

**Attachments:**



**Size:** 81239

**File name:** 8c166f04-0da3-4f96-bb81-c912a93c9131.jpg

**Path:** https://mmg.whatsapp.net/v/t62.7118-
24/35835872_162090173499277_8571918911315908362_n.en
c?ccb=11-4&oh=01_AdSfGNyDb4t_lw99fw-7uPYEx-
Gab63M8NIuNpKhFbH4zg&oe=648E3F60&mms3=true

8c166f04-0da3-4f96-bb81-c912a93c9131.jpg

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 8618627095160@s.wh atsapp.net JENNY Amarvelbio | 5/19/2023 1:25:21 AM(UTC+0) | 5/19/20 23 1:25:30 AM(UTC +0) | |
| 8618186656811@s.wh atsapp.net FannyFan | 5/19/2023 1:25:22 AM(UTC+0) | 5/19/20 23 1:25:30 AM(UTC +0) | |
| 8615623840867@s.wh atsapp.net Selina Amarvelbio | 5/19/2023 1:25:23 AM(UTC+0) | 5/19/20 23 2:00:14 AM(UTC +0) | |
| 8615797076598@s.wh atsapp.net Olivia Amarvelbio | 5/19/2023 9:33:37 AM(UTC+0) | 5/19/20 23 9:33:37 AM(UTC +0) | |
| 8618627159838@s.wh atsapp.net SHARON Amarvelbio | 5/19/2023 1:25:23 AM(UTC+0) | 5/19/20 23 1:25:41 AM(UTC +0) | |
| 8613876536672@s.wh atsapp.net Rosie Amarvelbio | 5/19/2023 5:24:12 AM(UTC+0) | 5/19/20 23 5:26:47 AM(UTC +0) | |

**Status:** Read

**Platform:** Mobile

5/19/2023 1:25:19 AM(UTC+0)

**Source Extraction:**

File System

**Source Info:**

EXTRACTION_FFS.zip/root/private/var/mobile/Container
s/Shared/AppGroup/6531A21B-3238-4F6C-AE4F-

E23435E2CBC7/ChatStorage.sqlite : 0x162A15 (Table: ZWAMESSAGE, ZWAMEDIAITEM, ZWAPROFILEPUSHNAME; Size: 1531904 bytes)

EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/6531A21B-3238-4F6C-AE4F-E23435E2CBC7/Library/Preferences/group.net.whatsapp.WhatsAppSMB.shared.plist : 0x235C (Size: 15475 bytes)

EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/6531A21B-3238-4F6C-AE4F-E23435E2CBC7/ContactsV2.sqlite : 0x187B9 (Table: ZWAADDRESSBOOKCONTACT; Size: 147456 bytes)

EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/6531A21B-3238-4F6C-AE4F-E23435E2CBC7/Message/Media/120363044482246767@g.us/8/c/8c166f04-0da3-4f96-bb81-c912a93c9131.jpg : (Size: 81239 bytes)

From: 8613297909263@s.whatsapp.net AmarvelBio (owner)
To: 8618627095160@s.whatsapp.net JENNY Amarvelbio
To: 8618186656811@s.whatsapp.net FannyFan
To: 8615623840867@s.whatsapp.net Selina Amarvelbio
To: 8615797076598@s.whatsapp.net Olivia Amarvelbio
To: 8618627159838@s.whatsapp.net SHARON Amarvelbio
To: 8613876536672@s.whatsapp.net Rosie Amarvelbio

**Attachments:**



**Size:** 71836
**File name:** 8475c039-8f44-4dae-85cb-9d25da4762ee.jpg
**Path:** https://mmg.whatsapp.net/v/t62.7118-24/25531137_262875606124203_1600479613856298154_n.enc?ccb=11-4&oh=01_AdRYhtXPet2xVW0XPdLeGK_UkhURCtt8_SVx98XYxS9oRw&oe=648E4A05&mms3=true

8475c039-8f44-4dae-85cb-9d25da4762ee.jpg

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 8618627095160@s.whatsapp.net JENNY Amarvelbio | 5/19/2023 1:25:30 AM(UTC+0) | 5/19/2023 1:25:30 AM(UTC+0) | |
| 8618186656811@s.whatsapp.net FannyFan | 5/19/2023 1:25:30 AM(UTC+0) | 5/19/2023 1:25:30 AM(UTC+0) | |
| 8615623840867@s.whatsapp.net Selina Amarvelbio | 5/19/2023 1:25:30 AM(UTC+0) | 5/19/2023 2:00:14 AM(UTC+0) | |
| 8615797076598@s.whatsapp.net Olivia Amarvelbio | 5/19/2023 9:33:37 AM(UTC+0) | 5/19/2023 9:33:37 AM(UTC+0) | |
| 8618627159838@s.whatsapp.net SHARON Amarvelbio | 5/19/2023 1:25:31 AM(UTC+0) | 5/19/2023 1:25:41 AM(UTC+0) | |
| 8613876536672@s.whatsapp.net Rosie Amarvelbio | 5/19/2023 5:24:12 AM(UTC+0) | 5/19/2023 5:26:47 AM(UTC+0) | |

**Status:** Read
**Platform:** Mobile
5/19/2023 1:25:29 AM(UTC+0)

**Source Extraction:**
File System
**Source Info:**
EXTRACTION_FFS.zip/root/private/var/mobile/Container

s/Shared/AppGroup/6531A21B-3238-4F6C-AE4F-E23435E2CBC7/ChatStorage.sqlite : 0x162964 (Table: ZWAMESSAGE, ZWAMEDIAITEM, ZWAPROFILEPUSHNAME; Size: 1531904 bytes) EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/6531A21B-3238-4F6C-AE4F-E23435E2CBC7/Library/Preferences/group.net.whatsapp.WhatsAppSMB.shared.plist : 0x235C (Size: 15475 bytes)

EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/6531A21B-3238-4F6C-AE4F-E23435E2CBC7/ContactsV2.sqlite : 0x187B9 (Table: ZWAADDRESSBOOKCONTACT; Size: 147456 bytes)

EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/6531A21B-3238-4F6C-AE4F-E23435E2CBC7/Message/Media/120363044482246767@g.us/8/4/8475c039-8f44-4dae-85cb-9d25da4762ee.jpg : (Size: 71836 bytes)

From: 8613297909263@s.whatsapp.net AmarvelBio (owner)

To: 8618627095160@s.whatsapp.net JENNY Amarvelbio

To: 8618186656811@s.whatsapp.net FannyFan

To: 8615623840867@s.whatsapp.net Selina Amarvelbio

To: 8615797076598@s.whatsapp.net Olivia Amarvelbio

To: 8618627159838@s.whatsapp.net SHARON Amarvelbio

To: 8613876536672@s.whatsapp.net Rosie Amarvelbio

@8618627159838

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 8618627095160@s.whatsapp.net JENNY Amarvelbio | 5/19/2023 1:25:36 AM(UTC+0) | 5/19/2023 1:25:36 AM(UTC+0) | |
| 8618186656811@s.whatsapp.net FannyFan | 5/19/2023 1:25:36 AM(UTC+0) | 5/19/2023 1:25:52 AM(UTC+0) | |
| 8615623840867@s.whatsapp.net Selina Amarvelbio | 5/19/2023 1:25:36 AM(UTC+0) | 5/19/2023 2:00:14 AM(UTC+0) | |
| 8615797076598@s.whatsapp.net Olivia Amarvelbio | 5/19/2023 9:33:37 AM(UTC+0) | 5/19/2023 9:33:37 AM(UTC+0) | |
| 8618627159838@s.whatsapp.net SHARON Amarvelbio | 5/19/2023 1:25:36 AM(UTC+0) | 5/19/2023 1:25:41 AM(UTC+0) | |
| 8613876536672@s.whatsapp.net Rosie Amarvelbio | 5/19/2023 5:24:12 AM(UTC+0) | 5/19/2023 5:26:47 AM(UTC+0) | |

**Status:** Read

**Platform:** Mobile

5/19/2023 1:25:35 AM(UTC+0)

**Source Extraction:**

File System

**Source Info:**

EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/6531A21B-3238-4F6C-AE4F-E23435E2CBC7/ChatStorage.sqlite : 0x1628AC (Table: ZWAMESSAGE, ZWAPROFILEPUSHNAME; Size: 1531904 bytes)

EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/6531A21B-3238-4F6C-AE4F-E23435E2CBC7/Library/Preferences/group.net.whatsapp.WhatsAppSMB.shared.plist : 0x235C (Size: 15475 bytes)

EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/6531A21B-3238-4F6C-AE4F-E23435E2CBC7/ContactsV2.sqlite : 0x187B9 (Table: ZWAADDRESSBOOKCONTACT; Size: 147456 bytes)

From: 8618627159838@s.whatsapp.net SHARON Amarvelbio
👍

**Status:** Read
**Platform:** Mobile
5/19/2023 1:26:22 AM(UTC+0)

**Source Extraction:**
File System
**Source Info:**
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/
Shared/AppGroup/6531A21B-3238-4F6C-AE4F-
E23435E2CBC7/ChatStorage.sqlite : 0x162819 (Table:
ZWAMESSAGE; Size: 1531904 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/
Shared/AppGroup/6531A21B-3238-4F6C-AE4F-
E23435E2CBC7/ContactsV2.sqlite : 0x104B7 (Table:
ZWAADDRESSBOOKCONTACT; Size: 147456 bytes)

09:24 

  +1 (267) 432-2053  

Hello my lab is interested in a number of your products. Specifically CAS ███████████ / 79009-07-3 and similar compounds. We'd like to order a sample of 1kg to test quality and if acceptable will order in much larger amounts moving forward. We'll send the first order to the US, do you also ship to Mexico? Future orders will be sent there. Also do you accept bitcoin as payment? Thank you for the help, looking forward to working together.　23:37

今天

Thank you for contacting AmarvelBio! Please let us know how we can help you.　00:33

Do you have either CAS mentioned in stock? What would be the total with shipping?　00:34

Hi　00:3 

Once we confirm quality future

 

 
GOVERNMENT
EXHIBIT
809B-1
23 Cr. 302 (PGG)



09:24  :::! 5G ▮

**+1 (267) 432-2053**
最后上线时间是今天 05:59

00:34 ✓✓

Excellent  00:35

Total with shipping? And where would you like bitcoin sent?  00:35

Send to USA is much more easy than Mexico  00:35 ✓✓

Understood  00:35

Now is deep night here  00:36 ✓✓

Oh my apologies  00:37

Should we pick this up another time?  00:37

Tomorrow morning I'll send your inquiry to our sales department, there will be one contact you for details, ok?  00:38 ✓✓

I'm very interested in placing an order with you so whenever is convenient just let me know  00:38



Perfect, thank you for your time  00:38






GOVERNMENT EXHIBIT
809B-2
23 Cr. 302 (PGG)

