| | |
|---|---|
| **From:** | Google Ads Policy manager <ads-account-noreply@google.com> |
| **Sent:** | Wednesday, August 3, 2022 7:29 AM |
| **To:** | chironchen11@gmail.com |
| **Subject:** | Policy issues (1) |



Sign in to Google Ads
Your Customer ID: 532-990-7950

## Extensions (1) impacted by Google Ads policy

**View and fix policy issues**



🛑 **Disapproved**

### Extensions (1)

Policy: Restricted drug terms in personalized advertising, Restricted medical content, Prescription Opioid Painkillers

Certificate required: Restricted drug terms in personalized advertising, Prescription Opioid Painkillers

Destination: ▓▓▓▓▓ FENTANYL, ▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

View and fix issues by going to the Policy Manager. For each issue, you can do one of the following:

- **Edit your ad to fix the issue.** Saving your ads after editing them will automatically resubmit your ads for approval. As such, you **do not** need to submit your ads for review again manually.

GOVERNMENT EXHIBIT 810
23 Cr. 302 (PGG)

- For ads with destination issues, **first fix your ads' destination page**, then hover over the ad's "Status" column and **click the "Appeal" button** to submit your ads for review.

We review most ads **within 1 business day**. Some reviews may take longer if an ad requires a more complex review.

If you have successfully fixed the policy issues, the ad's status will change to "Eligible" after some time.

Thank you,

The Google Ads Team

You've received this transactional email for informational purposes to update you about important changes to your Google Ads account.

In Google Ads, you can always select what types of policy-related email notifications you want to receive.

This message was sent from a notification-only email address that doesn't accept incoming emails. If you have questions about our policies, please visit the Google Ads Policies Help Center.



© 2022 Google LLC
1600 Amphitheatre Parkway,
Mountain View, CA 94043

| | |
|---|---|
| **From:** | Google Ads Policy manager <ads-account-noreply@google.com> |
| **Sent:** | Thursday, August 4, 2022 7:47 AM |
| **To:** | chironchen11@gmail.com |
| **Subject:** | Policy issues (1) |



Sign in to Google Ads
Your Customer ID: 532-990-7950

# Extensions (1) impacted by Google Ads policy

**View and fix policy issues**

 **Disapproved**

### Extensions (1)
Policy: Restricted medical content, Prescription Opioid Painkillers

> Certificate required: Prescription Opioid Painkillers
>
> Destination: FENTANYL

View and fix issues by going to the Policy Manager. For each issue, you can do one of the following:

- **Edit your ad to fix the issue.** Saving your ads after editing them will automatically resubmit your ads for approval. As such, you **do not** need to submit your ads for review again manually.

- For ads with destination issues, **first fix your ads' destination page**, then hover over the ad's "Status" column and **click the "Appeal" button** to submit your ads for review.

1

GOVERNMENT EXHIBIT 811
23 Cr. 302 (PGG)

We review most ads **within 1 business day**. Some reviews may take longer if an ad requires a more complex review.

If you have successfully fixed the policy issues, the ad's status will change to "Eligible" after some time.

Thank you,

The Google Ads Team

You've received this transactional email for informational purposes to update you about important changes to your Google Ads account.

In Google Ads, you can always select what types of policy-related email notifications you want to receive.

This message was sent from a notification-only email address that doesn't accept incoming emails. If you have questions about our policies, please visit the Google Ads Policies Help Center.



© 2022 Google LLC
1600 Amphitheatre Parkway,
Mountain View, CA 94043

2

| | |
|---|---|
| **From:** | Google Ads Policy manager <ads-account-noreply@google.com> |
| **Sent:** | Friday, August 26, 2022 11:16 AM |
| **To:** | chironchen11@gmail.com |
| **Subject:** | Policy issues (1) |



Sign in to Google Ads
Your Customer ID: 532-990-7950

## Extensions (1) impacted by Google Ads policy

**View and fix policy issues**

 **Disapproved**

### Extensions (1)

Policy: Restricted medical content, Prescription Opioid Painkillers

Certificate required: Prescription Opioid Painkillers

Destination: FENTANYL

View and fix issues by going to the Policy Manager. For each issue, you can do one of the following:

- **Edit your ad to fix the issue.** Saving your ads after editing them will automatically resubmit your ads for approval. As such, you **do not** need to submit your ads for review again manually.

- For ads with destination issues, **first fix your ads' destination page**, then hover over the ad's "Status" column and **click the "Appeal" button** to submit your ads for review.

1

GOVERNMENT EXHIBIT 812
23 Cr. 302 (PGG)

We review most ads **within 1 business day**. Some reviews may take longer if an ad requires a more complex review.

If you have successfully fixed the policy issues, the ad's status will change to "Eligible" after some time.

Thank you,

The Google Ads Team

You've received this transactional email for informational purposes to update you about important changes to your Google Ads account.

In Google Ads, you can always select what types of policy-related email notifications you want to receive.

This message was sent from a notification-only email address that doesn't accept incoming emails. If you have questions about our policies, please visit the Google Ads Policies Help Center.



© 2022 Google LLC
1600 Amphitheatre Parkway,
Mountain View, CA 94043

2

| | |
|---|---|
| **From:** | Google Ads Policy manager <ads-account-noreply@google.com> |
| **Sent:** | Wednesday, August 31, 2022 1:19 AM |
| **To:** | chironchen11@gmail.com |
| **Subject:** | Policy issues (1) |



Sign in to Google Ads
Your Customer ID: 532-990-7950

# Extensions (1) impacted by Google Ads policy

**View and fix policy issues**

 **Disapproved**

### Extensions (1)
Policy: Restricted medical content, Prescription Opioid Painkillers

> Certificate required: Prescription Opioid Painkillers
>
> Destination: FENTANYL

View and fix issues by going to the Policy Manager. For each issue, you can do one of the following:

- **Edit your ad to fix the issue.** Saving your ads after editing them will automatically resubmit your ads for approval. As such, you **do not** need to submit your ads for review again manually.

- For ads with destination issues, **first fix your ads' destination page**, then hover over the ad's "Status" column and **click the "Appeal" button** to submit your ads for review.

1

GOVERNMENT EXHIBIT 813
23 Cr. 302 (PGG)

We review most ads **within 1 business day**. Some reviews may take longer if an ad requires a more complex review.

If you have successfully fixed the policy issues, the ad's status will change to "Eligible" after some time.

Thank you,

The Google Ads Team

You've received this transactional email for informational purposes to update you about important changes to your Google Ads account.

In Google Ads, you can always select what types of policy-related email notifications you want to receive.

This message was sent from a notification-only email address that doesn't accept incoming emails. If you have questions about our policies, please visit the Google Ads Policies Help Center.



© 2022 Google LLC
1600 Amphitheatre Parkway,
Mountain View, CA 94043

2