Case 1:23-cr-00302-PGG     Document 115     Filed 01/15/25     Page 1 of 2

# KIRTON LAW FIRM

Marlon G. Kirton, Esq.

_____

Nassau County:
175 Fulton Avenue, Suite 305
Hempstead, New York 11550
Tel. # (516) 833-5617
Fax # (516) 833-5620

January 15, 2025

VIA ELECTRONIC FILING

Hon. Paul G. Gardephe
United States District Court
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

Re: *US v. Yiyi Chen 23 cr. 302 (PGG),*

Dear Judge Gardephe:

      I represent Yiyi Chen in the above-referenced matter. This Court allowed Ms. Chen to have a laptop at the Metropolitan Detention Center (MDC) to facilitate her review of the Rule 16 discovery.[1] I request permission for Ms. Chen to bring the laptop to Court during the jury trial before this Honorable Court.[2] Having the laptop will allow Ms. Chen to assist in her defense by giving her instant access to the discovery, much of which is now Government Exhibits. I have consulted with the US Marshall and the US Attorney, and this application has no opposition.

      Please contact me if you have any questions or concerns.

Sincerely,

*Marlon Kirton*
Marlon G. Kirton, Esq.

cc: All Counsel via electronic filing

**MEMO ENDORSED**

**The Application is granted.**

**SO ORDERED:**

Paul G. Gardephe, U.S.D.J.

Dated: Jan 15, 2025

---

[1] *See Attached.*

[2] Ms. Chen's laptop can neither upload nor download data from outside devices.

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | ▆▆▆▆ Order |
| v. | 23 Cr. 302 (PGG) |
| YIYI CHEN,<br>        a/k/a "Chiron," | |
| Defendant. | |

WHEREAS, the Court and the parties seek to ensure that defendant Yiyi Chen, a/k/a "Chiron" has meaningful access to review discovery and other case materials while detained at the Metropolitan Detention Center, in Brooklyn, New York ("MDC"); and

WHEREAS, the Court seeks to ensure that such discovery access does not jeopardize the security and operational interests of the MDC Brooklyn;

IT IS HEREBY ORDERED that:

1.      Ms. Chen may have access to an "air-gapped" laptop computer (the "Laptop") that is disabled from accessing the Internet, local area networks, or other electronic devices;

2.      Upon receipt of an acceptable laptop computer from counsel for Ms. Chen, the Government shall (a) ensure that the laptop is appropriately "air gapped" and compatible with the MDC Brooklyn's security requirements; (b) load the laptop with the non-sensitive discovery in this case; and (c) deliver the laptop to the proper authorities at the MDC Brooklyn at a reasonable time deemed appropriate;

3.      The Laptop shall be password-protected and maintained in a location acceptable to Bureau of Prisons personnel;

4.      Bureau of Prisons personnel will provide Ms. Chen with regular access to the Laptop from Monday through Friday, if requested;

Case 1:23-cr-00302-PGG    Document 116    Filed 01/15/25    Page 4 of 4
Case 1:23-cr-00302-PGG    Document 85-1    Filed 12/03/25    Page 2 of 2

Case 1:23-cr-00302-PGG    Document 84-1    Filed 11/25/24    Page 2 of 2

5.      This Order remains in effect until the trial in this matter is completed and a copy of this Order shall be made available to the Unit Team/Floor where Ms. Chen is housed;

6.      Ms. Chen shall execute an agreement setting forth her understanding that she may use the Laptop for the sole purpose of reviewing discovery and legal materials that relate to her criminal case, that she shall not share the Laptop or the materials loaded onto the Laptop with other inmates or with any attorney not appointed to this case without an order of this Court, that she will not access or attempt to access the internet or any form of wireless communication, and that she will forfeit her right under this Order to use the Laptop, and that she may expose herself to criminal prosecution for possessing or distributing a "prohibited object" as that term is defined in 18 U.S.C. § 1791(d) in the future, should she violate any of these understandings.

Dated:      New York, New York
            November 26, 2024

                                                SO ORDERED:

                                                _____
                                                HONORABLE PAUL G. GARDEPHE
                                                United States District Judge
                                                Southern District of New York