MEETING DATE:	March 23, 2023

PARTICIPANTS:	Ms. CHEN
Mr. WANG
Confidential Source (CS) GIL

ABBREVIATIONS:	[UI] = Unintelligible
[IA] = Inaudible
[SC] = Simultaneous Conversation
[PH] = Phonetic Spelling

|   | NAME | ORIGINAL LANGUAGE | TRANSLATION |
|---|---|---|---|
| 1. | WANG: | 噢。就是那不同的市场不同的产品的话，就是…那澳大利亚，澳大利亚他们主要要的产品是BDO。 | Oh, that is, different products for different markets...for Australia, in Australia, the main product they want is BDO. |
| 2. | CHEN: | Australia, BDO. | |
| 3. | GIL: | BDO? But what can I make with that? | |
| 4. | CHEN: | BDO is a fine product. BDO是可以直接[IA]的吗？ | BDO is a fine product. Can BDO be directly [IA]? |
| 5. | WANG: | 他们也要提炼。他们之前要的是GBL。 | They also need to be refined. They used to ask for GBL. |
| 6. | CHEN: | Do you know GBL? | |
| 7. | GIL: | GBL? | |
| 8. | CHEN: | Yeah. | |
| 9. | WANG: | [SC] 那可能跟你们不是一个，不是一个...因为他每个市场热的东西都不一样，其实澳大利亚那边认的都是BDO和GBL这些东西。 | [SC] Maybe it's not, it's not [the same] as you... because what's trending in each market varies. Actually, in Australia, they recognize products like BDO and GBL. |
| 10. | CHEN: | In Australia, um, most of our customers buy BDO and GBL. They are looking for GBL. But the GBL— | |
| 11. | GIL: | For the MDMA? | |

2

|     | NAME  | ORIGINAL LANGUAGE | TRANSLATION |
| --- | ----- | ----------------- | ----------- |
| 12. | CHEN: | —is illegal in China. So we, so we sell BDO, as, uh... Similar, similar to the GBL. | |
| 13. | WANG: | 然后欧洲那边要PMK。 | Then, in Europe, they want PMK. |
| 14. | GIL:  | PMK. | |
| 15. | WANG: | 欧洲。 | Europe. |
| 16. | CHEN: | In Europe mainly ask, uh, PMK. | |