| | |
|---|---|
| MEETING DATE: | March 23, 2023 |
| PARTICIPANTS: | Ms. CHEN |
| | Mr. WANG |
| | Confidential Source (CS) GIL |
| ABBREVIATIONS: | [UI] = Unintelligible |
| | [IA] = Inaudible |
| | [SC] = Simultaneous Conversation |
| | [PH] = Phonetic Spelling |

1



|   | NAME | ORIGINAL LANGUAGE | ENGLISH TRANSLATION |
|---|---|---|---|
| 1. | GIL: | So what will be the safest amount that we can do per month? Like without having any complications in transportation or delays. How much would be a good volume that you can handle? | |
| 2. | CHEN: | 就是关于售后的问题，就是如果那个延迟啊，那个扣货的这种啊，怎么，会怎么处理？ | About after-sales issues, like if there's a delay or if there are issues with the goods being detained, how…how will it be handled? |
| 3. | WANG: | 延迟的话，这个怎么说…扣货的话，就是双方协商嘛，赔偿嘛。我们前段时间… | If there is a delay, how should I put it…if the goods are seized, it's a matter of mutual negotiation, making a compensation. Earlier, we… |
| 4. | CHEN: | 有没有什么赔偿值啊？ | Is there any compensation value? |
| 5. | WANG: | 有，就是有一个赔偿值，到时候我们会以一个，合作的时候会有一个书面的东西。 | Yes, there is a compensation value. We will have a, a written document when we collaborate. |
| 6. | CHEN: | 有吗？ | [We] have it? |
| 7. | WANG: | 合同书啊。我们不是还做了一个这个东西吗？ | A contract. Didn't we create one? |

|  | NAME | ORIGINAL LANGUAGE | ENGLISH TRANSLATION |
|---|---|---|---|
| 8. | GIL: | Like safe, like month-to-month, like. That I will be, like, just present for payment, then waiting for arrival, like a month delays. A volume safe that you all can handle at this point of products. |  |
| 9. | CHEN: | One-time volume. One-time volume [IA]. |  |
| 10. | GIL: | Monthly. |  |
| 11. | CHEN: | Monthly? |  |
| 12. | GIL: | Every month. |  |
| 13. | CHEN: | 他说，每个月我们可以输出的安全的量大概是多少？ | He asked, what is the safe amount we can ship out every month? |
| 14. | WANG: | 哇，那… | Wow, that… |
| 15. | GIL: | But, safe, safe. |  |
| 16. | CHEN: | Yeah. 就是安全的，安全输出的量。 | Yeah. That is the safe, the quantity for safe shipments. |
| 17. | WANG: | 我们现在到美国基本上都是安全的。 | For our shipments to the United States now, it's basically safe. |

|     | NAME  | ORIGINAL LANGUAGE | ENGLISH TRANSLATION |
|-----|-------|-------------------|---------------------|
| 18. | CHEN: | 我们现在空运的时候走的有多少？ | How much do we ship by air right now? |
| 19. | WANG: | 走美国加拿大一个月大概有个…大几吨，不到10吨。 | To the United States and Canada, it's about... several tons per month, less than 10 tons. |
| 20. | CHEN: | Now, uh, now our company to the... | |
| 21. | WANG: | 我们这一个月，三月份到现在为止已经走了7吨。在这呢。 | In this month, from March until now, we've shipped 7 tons. Here it is. |
| 22. | CHEN: | As far this month, uh, we ship already 7 tons to America. | |
| 23. | GIL:  | Okay. | |
| 24. | CHEN: | So… | |
| 25. | WANG: | 它到美国是转加拿大。我们中一部分是留在美国，还有更多的一部分是走加拿大。加拿大…美国大概只留了2吨。 | It is shipped to the United States then transferred to Canada. Part of it stays in the United States, and a larger part goes to Canada. Canada... Only about 2 tons are kept in the United States. |
| 26. | CHEN: | Some part of, some part of products transferred to Canada. | |

|  | NAME | ORIGINAL LANGUAGE | ENGLISH TRANSLATION |
|---|---|---|---|
| 27. | WANG: | 有5吨是走了加拿大。 | Five tons have been sent to Canada. |
| 28. | GIL: | And to Mexico, right? | |
| 29. | CHEN: | Yes, and to Mexico. But Mexico… | |
| 30. | GIL: | But let's say, like, I'm gonna be your next customer, okay? I'm gonna be your customer. So, you're already moving 7 tons, okay, per month. | |
| 31. | CHEN: | From us, our capacity is around 10 tons. | |
| 32. | GIL: | 10 tons. So I can add 3 tons a month. | |
| 33. | CHEN: | Yeah, because… | |
| 34. | GIL: | Can he handle it? Ask him. | |
| 35. | CHEN: | 他说，他说就是我说我们现在是一个月大概10吨去美国。他说他能够加3吨吗？ | He said, he said I mentioned that we're currently shipping around 10 tons to the US per month. He asked if he could add 3 tons. |
| 36. | WANG: | 没问题，没问题。 | No problem; no problem. |
| 37. | CHEN: | 他说'你问他'。 | He said 'you ask him.' |

|  | NAME | ORIGINAL LANGUAGE | ENGLISH TRANSLATION |
|---|---|---|---|
| 38. | WANG: | 没问题。加3吨，加5吨都没问题。我们的量越大，运输的会越快。因为少量的，很多散货啊，他们要裁筐，要等。但是这个量大的啊，我们可以提前把这个航班安排好。货到了就可以走。所以别人到美国可能需要10天到15天，我们7天左右就可以了。 | No problem. Adding 3 tons or 5 tons is not an issue. The more we ship, the faster the transportation will be. Because loose goods with small quantities need to be sorted and packed, there is a wait time. But for large quantities, we can arrange the flights in advance. Once the goods are prepared, they can be shipped out. So, while others might take 10 to 15 days to arrive in the United States, we can do it in about 7 days. |
| 39. | CHEN: | My boss said the bigger the volume, the faster we can do. Because small, small shippers need to wait, need to wait a flight, and if our quantity is quite big we can go straight. |  |
| 40. | WANG: | 而且每批货我们都有不同的参号，会有不同的提单，这样的话保证什么呢？保证了... | And each batch of goods has different reference numbers and different bill of lading. What can this ensure? It ensures... |
| 41. | CHEN: | [SC] 每批货？每批货指什么？ | [SC] Each batch of goods? What does each batch of goods refer to? |
| 42. | WANG: | 对，比如说是13吨。这13吨里面我们会把不同的客户划分为不同的货，这样去走。 | Yes, for example, 13 tons. Within these 13 tons, we divide them into different shipments for different clients and ship them out in this way. |

|     | NAME  | ORIGINAL LANGUAGE | ENGLISH TRANSLATION |
| --- | ----- | ----------------- | ------------------- |
| 43. | CHEN: | 不同的货品名吗？ | Different product names? |
| 44. | WANG: | 不是，不是货品名。就是它可以，比如说，13吨，它就是一个单子。 | No, not product names. It means, for example, 13 tons, it is one order. |
| 45. | CHEN: | 一个客户？ | One customer? |
| 46. | WANG: | 一个单子，不是一个客户，是运输的一个单。 | One order, not one customer; it's one shipment order. |
| 47. | CHEN: | 哦，Okay. | Oh, okay. |
| 48. | WANG: | 那么如果这一个单被扣了，就是扣个十几吨，但是我们可以把它分开，分开来做。比如说，你要3吨好，那你的3吨我来给你单独地去出一个单。你能理解吗？ | So if this particular order is detained, it's like detaining over ten tons. But we can separate it and handle it separately. For example, if you need 3 tons, I will issue a separate shipment order just for your 3 tons. Do you understand? |
| 49. | CHEN: | For one-time, for one-time shipments. For one-time shipments, we may ship 13, 13 tons one time, and for different customers, we will do it separately in this cargo. | |

|  | NAME | ORIGINAL LANGUAGE | ENGLISH TRANSLATION |
|---|---|---|---|
| 50. | WANG: | 单独出一个单号，大概是这么一个意思。单独出一个单号，如果说你这批货在海关出现问题。我们可以说，好，马上可以应对。第一时间知道了，知道是谁的货，哪个单号出的问题，马上可以去海关那个想办法去把它清出来。然后就是售后的这一块，看看他有什么... | It roughly means that issuing a separate bill of lading for the order. When issuing a separate bill of lading for the order, if there are issues with your shipment at customs, we can say, okay, we can respond immediately. We'll know right away whose shipment it is and which bill of lading had an issue, we can promptly deal with customs and figure out a solution to clear it. Then, concerning after-sales service, [we] need to see if he has... |
| 51. | CHEN: | Different customers have different packing lists in one cargo. We do it separately, so we can deal with problems for directly for one customer. |  |
| 52. | GIL: | Good. So, um, let me create a scenario... So let's say... [Talking to the waiter] Thank you. |  |
| 53. | WANG: | 所以在售后这一块，他有什么需求呢？有什么要求？ | So in terms of after-sales, what are his needs? What are the requirements? |
| 54. | CHEN: | 他刚刚那个问题是我理解错了。 | I misunderstood his previous question. |
| 55. | WANG: | 啊？ | Uh? |

|  | NAME | ORIGINAL LANGUAGE | ENGLISH TRANSLATION |
|---|---|---|---|
| 56. | CHEN: | 他刚刚就是问了我们一个月最大能够接多少安全单。 | He was asking the maximum amount of safe orders we can handle in a month. |
| 57. | WANG: | 哦。这个美国的安全还是上等的，这个1000单可能被扣1单。 | Oh. The security to the US is still top notch; perhaps 1 out of 1000 orders might be detained. |
| 58. | CHEN: | You can add 3 tons or 5 tons, it's not a problem because to America it's quite safe. We have a good line, special line to America, and very stable. The successful rate: maybe 1,000 times, the customs will have one time problem. |  |
| 59. | GIL: | Good. So it's safe? |  |
| 60. | CHEN: | Yeah. |  |
| 61. | GIL: | It's fair to say it's 80, 90 percent safe? |  |
| 62. | CHEN: | Yes. |  |
| 63. | GIL: | Now, so let's say if my shipment, like, gets hold by customs, US Customs. It's hold. Do you give me a guarantee to send me again? |  |
| 64. | CHEN: | Yes, yes. |  |

9

|     | NAME  | ORIGINAL LANGUAGE | ENGLISH TRANSLATION |
|-----|-------|-------------------|---------------------|
| 65. | CHEN: | 他说，如果他的货被扣在海关，我们这边是不是能够保证全部给他补货啊？ | He asked, if his goods were detained at customs, could we guarantee to replenish all the goods for him? |
| 66. | WANG: | 当然。 | Of course. |
| 67. | CHEN: | Of course. | |
| 68. | GIL:  | Perfect. | |
| 69. | WANG: | 必须的。跟他说必须的。 | It's a must. Tell him it's a must. |
| 70. | CHEN: | Absolutely. | |