UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| - against - | **ORDER** |
| QINGZHOU WANG, and YIYI CHEN, | 23 Cr. 302 (PGG) |
| Defendants. | |

PAUL G. GARDEPHE, U.S.D.J.:

        The Government will respond to Defendant Chen's January 17, 2025, letter (Dkt. No. 117) by **January 19, 2025, at 5:00 p.m.**

Dated: New York, New York
       January 18, 2025

                                    SO ORDERED.

                                    */s/ Paul G. Gardephe*
                                    Paul G. Gardephe
                                    United States District Judge