UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

QINGZHOU WANG, and YIYI CHEN,

Defendants.

**ORDER**

23 Cr. 302 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The Government will respond to Defendant Wang's January 19, 2025, letter

(Dkt. No. 119) by **January 20, 2025, at 3:00 p.m.**

Dated: New York, New York
        January 19, 2025

SO ORDERED.

Paul G. Gardephe
United States District Judge