

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 25, 2025

**MEMO ENDORSED:**

The application is granted. Defendant Chen's sentencing is adjourned to August 18, 2025, at 3:00 p.m. Chen's sentencing submission is due by July 17, 2025. The Government's sentencing submission is due by July 24, 2025.

SO ORDERED.

*/s/ Paul G. Gardephe*
Paul G. Gardephe
United States District Judge
Date: May 27, 2025

**BY ECF & E-MAIL**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re: *United States v. Yiyi Chen*, 23 Cr. 302 (PGG)

Dear Judge Gardephe:

The Government respectfully submits this letter, with the consent of the defendant via her counsel, to request an adjournment of the sentencing in the above-referenced case for the reasons set forth below.

On May 14, 2025, the Court adjourned the defendant's sentencing from June 5, 2025 to July 1, 2025 to allow the Probation Department time to incorporate certain of defense counsel's late-filed objections to the draft presentence report. (Dkt. 149). Due to a conflicting trial being conducted by the Government at that time, which is expected to go through July with the possibility of extending into the first week of August, the Government respectfully requests an adjournment. The parties have conferred, and they are available the week of August 11, 2025 and the week of August 18, 2025, with the exception of August 22, 2025.

Accordingly, the Government respectfully requests, with the consent of the defendant, that the sentencing be adjourned to the week of August 11, 2025 or the week of August 18, 2025 (with the exception of August 22, 2025).

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: __/s/_____
Alexander Li / Kevin Sullivan
Assistant United States Attorneys
(212) 637-2265 / -1587

cc: Defense Counsel (*via ECF & E-mail*)