# KIRTON LAW FIRM

_Marlon G. Kirton, Esq._        _Nassau County:_
_175 Fulton Avenue, Suite 305_
_Hempstead, New York 11550_
_Tel. # (516) 833-5617_
_Fax # (516) 833-5620_

July 18, 2025

VIA ELECTRONIC FILING

Hon. Paul G. Gardephe
United States District Court
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

Re: _US v. Yiyi Chen, 23 cr. 302 (PGG),_

Dear Judge Gardephe:

    I represent Yiyi Chen in the above-referenced matter. I filed the Defense sentencing memorandum yesterday. Attached are the Exhibits referenced in my memorandum that were not included in the Appendix.

    Please contact me if you have any questions or concerns.

    Sincerely,

_Marlon Kirton_
Marlon G. Kirton, Esq.

  cc: Alexander Li, Assistant United States Attorney (via electronic filing)

      Kevin Sullivan, Assistant United States Attorney (via electronic filing)

      Shaoming Cheng, Esq. (via electronic filing)