# MDC Brooklyn
## Adult Continuing Education



# INTRODUCTION TO CHINESE (1,2,3)

Course Codes       Males       Females

_____       4/15/2025
M. John-Pierre, Supervisor of Education       Date

| SOE Annual Review | Date |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

## ACE-Introduction to Chinese

### Performance Objective:
To provide a scientific and systematic course for beginning students of Chinese.

### Purpose:
To enable students to master key sentence patterns, vocabulary and language points requested for the HSK level 1 exam.

### Goal:
Students will learn and practice Chinese from three aspects:
1. Pronunciation system-PinYin
2. Chinese characters
3. Grammar points

From this class, students will build up a solid basic knowledge for their further linguistic study.

### Sign Up Procedures:
Admission to class is on a first come, first serve basis. Class size is based on room availability. This class will be advertised with the other ACE classes available and posted on the TRULINCS bulletin board and physical bulletin boards in the unit. Sign up will be done in person.

### Class Schedule:
Each of the three courses will be divided into 6 sessions, 2 hours each, for a total of 36 total hours/Sentry Credits. Class times will be posted according to room and instructor availability and coordinated with Education staff.

### Materials:
Chalkboard, chalk, dry erase board, dry erase markers and handouts. Copies of the selected text: Corporate Training Materials: The Ten Soft Skills You Need

### Criteria for Completion:
In order to receive credit for this course, participants will attend all classes, complete all assignments and will earn at least a 70% on the posttest. Attendance is mandatory and any unexcused absence is sufficient grounds for removal from the course. Accommodations will be made for students with special learning needs as determined by the SOE and may be provided with an oral exam. Due to the short nature of the course, no absences will be permitted. Upon successfully completing this course the participant will receive a certificate, and it shall be documented in Sentry.

## ACE-Introduction to Chinese

### Instruction Methods:

The instructor will use a combination of lessons with discussions, lectures (using chalk/white board) and handouts.

### Class Outline: Part 1

Class #1
Hello!
In this class, students will learn how to greet and apologize in Chinese. Basic knowledge about the pronunciation system:
Pin Yin (initials and finals, 4 tones, Chinese syllables)
Workbook lessons 1 to 4

Class #2
Thank you
Students will learn how to express gratitude and goodbye in Chinese. Continuing the study of Pin Yin (initials and finals, neutral tone, rules of Pin Yin) 3 stroke characters, 5 simple component characters, Workbook lessons 5 to 8

Class #3
What's your name?
Students will learn how to introduce themselves, differentiate some similar initials and finals, more PinYin rules, 2 stroke characters. Workbook lessons 9 to 16

Class #4
Her Daughter is 20 years old this year.
Numbers below 100. PinYin: Retroflex finals aspirated and unaspirated initials. 2 stroke characters and 4 new characters
Workbook lessons 17 to 24.

Class#5
She is my Chinese teacher.
Interrogative pronouns, how to ask about people's identity. PinYin: More differentiations of initials and finals, 2 stroke and 4 new characters. Workbook lessons 25 to 32

Class#6
Class review and posttest.

## ACE-**Introduction to Chinese**

| | |
|---|---|
| **Class Outline:** | **Part 2** |
| Class 1 | I can speak Chinese<br>New words/phrases, 3 simple strokes, 3 new characters and the structure of Chinese characters: single component and compound Workbook lesson 6 |
| Class 2 | What is today's date?<br>Students will learn how to express date, week, month in Chinese; 3 single component characters; structure of Chinese characters: left-right, left-middle-right; 2 Chinese radicals. Workbook lesson 7 |
| Class 3 | I'd like some tea.<br>15 new words and phrases to express what you want; 2 single component characters; structure of Chinese characters: top-bottom, top-middle-bottom, 2 Chinese radicals. Workbook lesson 8 |
| Class 4 | Where does your son work?<br>Students will learn how to ask "where" and express the location. This includes 14 new words, 3 single component characters, structure of characters: half-enclosure and two radicals. Workbook lesson 9 |
| Class 5 | Can I sit here?<br>Students will learn 3 different conversations to indicate a person or thing exists somewhere: parallel relationship and an ability or possibility. Students will continue to practice pronunciation: neutral tone syllables and repudiated syllables. For characters: students will use 4 single component characters; structure of characters: enclosure and 2 more radicals. Workbook lesson 10 |
| Class 6 | Class review and post exam. |

## ACE-**Introduction to Chinese**

| | |
|---|---|
| **Class Outline:** | **Part 3** |
| Class 1 | What's the time now?<br>Students will learn the expression of time, the function of neutral time syllables; 12 new words and phrases, 2 new single component characters and 2 Chinese radicals Workbook lesson 11 |
| Class 2 | What will the weather be like tomorrow?<br>In this class students will learn to talk about the weather; 15 new words and phrases, 3 single component characters, 2 new radicals. Workbook lesson 12 |
| Class 3 | He is learning to cook Chinese food.<br>Students will learn the use of the interjection; the way to indicate an action is in progress; the expression of telephone numbers; 11 new words and phrases; 2 single component characters and 2 new Chinese radicals. Workbook lesson 13. |
| Class 4 | She has bought quite a few clothes<br>Students will learn how to indicate the occurrence of completion; 18 new words/phrases; 3 single component characters and 2 new Chinese radicals. Workbook lesson 14 |
| Class 5 | I came here by air<br>Students will learn to emphasize time, place or manner, the expression of a date, year, month, day of the week. 3 new single component characters, 2 radicals. Workbook lesson 15 |
| Class 6 | Class review and HSK 1 final exam. |