UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

YIYI CHEN,

Defendant.

**ORDER**

23 Cr. 302 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

Defendant Chen's sentencing is adjourned to **Friday, August 22, 2025, at 11:15 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       August 18, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge