June 30, 2025

Mr. Stephen Espinet
Correctional Counselor
80 29th Street
Brooklyn, NY 11232
(718) 840-4200

Honorable Paul G. Gardephe,

Please be advised that Ms. Chen, Yiyi has been in the Metropolitan Detention Center for approximately two years. During her time here at MDC Brooklyn she has received no incident reports. Ms. Chen has completed several education and self-help courses; to include she completed her G.E.D./HS Diploma here at MDC Brooklyn on October 19, 2023. The attached documents are a current copy of her education/self-help transcript. She has worked as a unit orderly since September 1, 2024, and her work performance is outstanding with minimal supervision. She also assists the unit team with translation with newly committed female inmates. In her time here at MDC Brooklyn, she has shown commitment in utilizing her incarceration for a positive outlook in life. Her goal is to return home and reunite with her family to start her life anew. If you have any questions, please do not hesitate to contact me.

Sincerely,

Mr. Stephen Espinet,
Correctional Counselor

```
BROP5              *        INMATE EDUCATION DATA          *      06-30-2025
PAGE 001 OF 001    *              TRANSCRIPT               *      16:24:10

REGISTER NO:                  NAME..: CHEN                   FUNC: PRT
FORMAT.....: TRANSCRIPT       RSP OF: BRO-BROOKLYN MDC

------------------------------ EDUCATION INFORMATION ------------------------------
FACL ASSIGNMENT DESCRIPTION                   START DATE/TIME STOP DATE/TIME
BRO  GED HAS    COMPLETED GED OR HS DIPLOMA   10-19-2023 0903 CURRENT

------------------------------- EDUCATION COURSES --------------------------------
SUB-FACL    DESCRIPTION                    START DATE  STOP DATE EVNT AC LV  HRS
BRO F       ENJOYING THE SECOND            04-28-2025 06-01-2025   P  C  P    5
BRO F       CREATIVE NONFICTION WRITING    05-08-2025 05-30-2025   P  C  P   12
BRO F       COLUMBIA-HISTORY OF PHILOSOPHY 04-14-2025 05-09-2025   P  C  P   12
BRO F       TALKPOPC, MODERN FEMINISM      11-20-2024 12-20-2024   P  W  V    3
BRO F       MARKETING BASICS               10-10-2024 12-05-2024   P  C  P   12
BRO F       ENTREPRENEURSHIP               10-09-2024 12-04-2024   P  C  P   12
BRO F       BUSINESS ETHICS                10-09-2024 12-04-2024   P  C  P   12
BRO F       FINANCE PRE-TRIAL              10-08-2024 12-03-2024   P  C  P   18
BRO F       FEMALE BOOK CLUB               09-23-2024 11-22-2024   P  C  P   20
BRO F       RECREATION & LEISURE JOURNAL   08-05-2024 08-12-2024   P  C  P    7
BRO F       TALKPOP ART WITH DENA          06-13-2024 08-15-2024   P  C  P   12
BRO F       ORIGAMI                        05-06-2024 06-03-2024   P  C  P    5
BRO F       MUSIC HISTORY                  01-22-2024 04-22-2024   P  C  P   30
BRO F       EFFECTIVE WRITING              12-01-2023 01-12-2024   P  C  P   12
BRO F       SOFT SKILLS                    12-01-2023 12-12-2023   P  C  P   12
BRO F       TUTOR TRAINING                 10-19-2023 10-19-2023   P  C  P    2

------------------------------- HIGH TEST SCORES ---------------------------------
TEST        SUBTEST        SCORE     TEST DATE    TEST FACL    FORM      STATE
CASAS       LIST PLACE     225.0     10-02-2024   BRO          3
            READ PLACE     225.0     10-02-2024   BRO          3




G0000          TRANSACTION SUCCESSFULLY COMPLETED
```

```
 BROP5              *        INMATE DISCIPLINE DATA         *     06-30-2025
PAGE 001 OF 001 *      CHRONOLOGICAL DISCIPLINARY RECORD    *     16:25:17

REGISTER NO: [REDACTED]   NAME..: CHEN, YIYI
FUNCTION...: DIS       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 06-30-2025
                       RSP OF: BRO-BROOKLYN MDC




G5401          DISCIPLINE DATA DOES NOT EXIST FOR THIS INMATE
```

```
BROP5   531.01  *           INMATE HISTORY            *        06-30-2025
PAGE 001 OF 001 *             PT OTHER                *          16:28:43


  REG NO..: [REDACTED]   NAME....: CHEN, YIYI
  CATEGORY: PTO          FUNCTION: DIS        FORMAT:


FCL     ASSIGNMENT DESCRIPTION              START DATE/TIME STOP  DATE/TIME
BRO     AGE BDY C  HEALTHY AGING BODY COMP  03-20-2024 1039 03-20-2024 १०३९
BRO     AGE BDY P  HEALTHY AGING BODY PART  03-20-2024 1037 03-20-2024 १०३९




G0005          TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

```
 BROP5  531.01 *                  INMATE HISTORY               *      06-30-2025
 PAGE 001 OF 001 *                    WASPB                    *      16:29:15

    REG NO..:  ▇▇▇▇▇▇▇  NAME....: CHEN, YIYI
    CATEGORY: WSP        FUNCTION: PRT        FORMAT:

 FCL    ASSIGNMENT  DESCRIPTION                  START DATE/TIME  STOP  DATE/TIME
 BRO    GR WIWP C   GR WOMN IN WRKPLCE COMP      08-13-2024 0801  08-13-2024 0801
 BRO    GR WIWP P   GR WOMN IN WRKPLCE PART      06-10-2024 1109  08-13-2024 0801
 BRO    GR SQO  C   GR SQUARE ONE COMP           07-30-2024 0854  07-30-2024 0854
 BRO    GR SQO  P   GR SQUARE ONE PART           06-12-2024 0753  07-30-2024 0854
 BRO    PAR PIPC    PARTNERS IN PARENTING CMPL   04-22-2024 0751  04-22-2024 0751
 BRO    PAR PIPP    PARTNERS IN PARENTING PART   03-05-2024 0810  04-22-2024 0751
 BRO    PAR TPONC   PARENT OR NOT TO PARENT CMPL 04-09-2024 1208  04-09-2024 1208
 BRO    PAR TPONP   PARENT OR NOT TO PARENT PART 03-18-2024 1121  04-09-2024 1208
 BRO    GR AYS  C   GR ASSERT YRSELF COMP        03-20-2024 1044  03-20-2024 1044
 BRO    GR AYS  P   GR ASSERT YRSELF PART        01-24-2024 1147  03-20-2024 1044
 BRO    GR STNW C   GR START NOW COMP            03-15-2024 0933  03-15-2024 0933
 BRO    GR STNW P   GR START NOW PART            11-08-2023 1408  03-15-2024 0933
 BRO    PAR PIPW    PARTNERS IN PARENTING WAIT   02-23-2024 0805  03-05-2024 0810
 BRO    GR AYS  W   GR ASSERT YRSELF WAIT        01-16-2024 1107  01-24-2024 1147
 BRO    PAR ONEC    PHASE ONE COMPLETE           12-12-2023 1205  12-12-2023 1205
 BRO    PAR ONEP    PHASE ONE PART               11-21-2023 1220  12-12-2023 1205
 BRO    GR FOND C   GR FOUNDATION COMP           10-31-2023 2359  10-31-2023 1213
 BRO    GR FOND P   GR FOUNDATION PART           10-12-2023 1020  10-31-2023 2359
 BRO    GR COS  C   GR CRCLE OF STRNGTH COMP     10-19-2023 1442  10-19-2023 1442
 BRO    GR COS  P   GR CRCLE OF STRNGTH PART     08-02-2023 1405  10-19-2023 1442
 BRO    GR FOND W   GR FOUNDATION WAIT           09-26-2023 1213  10-12-2023 1020
 BRO    GR UYFS C   GR UNDRSTNDNG FLNGS COMP     09-28-2023 1456  09-28-2023 1456
 BRO    GR UYFS P   GR UNDRSTNDNG FLNGS PART     09-19-2023 0818  09-28-2023 1456
 BRO    GR UYFS W   GR UNDRSTNDNG FLNGS WAIT     08-23-2023 0835  09-19-2023 0818
 BRO    GR WREL C   GR WOMN RELATIONSHPS COMP    08-24-2023 1110  08-24-2023 1110
 BRO    GR WREL P   GR WOMN RELATIONSHPS PART    08-01-2023 1442  08-24-2023 1110
 BRO    GR COS  W   GR CRCLE OF STRNGTH WAIT     08-01-2023 1223  08-02-2023 1405
 BRO    GR WREL W   GR WOMN RELATIONSHPS WAIT    07-26-2023 1206  08-01-2023 1442




 G0000         TRANSACTION SUCCESSFULLY COMPLETED
```