# KIRTON LAW FIRM

_____

Marlon G. Kirton, Esq.

_____

Nassau County:
175 Fulton Avenue, Suite 305
Hempstead, New York 11550
Tel. # (516) 833-5617
Fax # (516) 833-5620

August 23, 2025

VIA ELECTRONIC FILING

Hon. Paul G. Gardephe
United States District Court
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

Re: *US v. Yiyi Chen, 23 cr. 302 (PGG),*

Dear Judge Gardephe:

    I represent Yiyi Chen in the above-referenced matter. This Court sentenced Ms. Chen yesterday. I renew my request for this Court to recommend to the Bureau of Prisons (BOP) that Ms. Chen serve her time at FCI Thomson[1] for the reasons stated on the record at yesterday's sentencing hearing.

    Please contact me if you have any questions or concerns.

    Sincerely,

*Marlon Kirton*
Marlon G. Kirton, Esq.

cc: Alexander Li, Assistant United States Attorney (via electronic filing)

    Kevin Sullivan, Assistant United States Attorney (via electronic filing)

    Shaoming Cheng, Esq. (via electronic filing)

---

[1] FCI Thomson 1100 One Mile Road Thomson, IL 61285

1