Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

**United States District Court**

Southern District of New York

RECEIVED SEP 05 2025 CLERKS OFFICE S.D.N.Y

Caption:

United States v. Yiyi Chen

Docket No.: 23-302

Hon. Paul G. Gardephe
(District Court Judge)

Notice is hereby given that **Yiyi Chen** appeals to the United States Court of Appeals for the Second Circuit from the judgment [✓], other [ ] _____ (specify)

entered in this action on **August 26, 2025** (date)

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction & Sentence [ ]   Other [✓]

Defendant found guilty by plea [ ]   trial [ ]   N/A [✓]

Offense occurred after November 1, 1987? Yes [✓]   No [ ]   N/A [ ]

Date of sentence: **August 22, 2025**   N/A [ ]

Bail/Jail Disposition: Committed [✓]   Not committed [ ]   N/A [ ]

Appellant is represented by counsel? Yes [✓]   No [ ]   If yes, provide the following information:

Defendant's Counsel: Marlon G. Kirton, Esq.
Counsel's Address: 175 Fulton Avenue, Suite 305
Hempstead, N.Y. 11550
Counsel's Phone: (516) 833-5617

Assistant U.S. Attorney: Kevin Sullivan + Alexander Li
AUSA's Address: 26 Federal Plaza, 37th Floor
New York, NY 10278
AUSA's Phone: (212) 677-1587 / (212) 637-2265

Signature